AO 440 (Rev. 10/93) Summons in a Civil Action

**Case No. C07-04980 MJJ**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>9-28-07 |
| Name of SERVER (PRINT)<br>Tanya Thomas | TITLE<br>Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:

Served Trans Union, LLC by serving Becky DeGeorge, Clerk for registered agent for service Prentice Hall at 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ..... discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 55 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 28, 2007
                    Date

Signature of Server

1537 Fourth St, PMB 152
San Rafael, CA  94901

*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **DOCUMENTS SERVED:**

Summons, Complaint, Order Setting Initial CMC and ADR Deadlines, Standing Order, Standing Order for Cases Involving Sealed or Confidential Documents, Standing Order (Contents of Joint Case Management Statement), Civil Cover Sheet, Filing Memo, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Notice of Lawsuit and Request for Waiver of Service of Summons, Waiver of Service of Summons, ECF Registration Information Handout