aps california summons 9/26/07

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
CIVIL DIVISION

Emelia M Pasternak   PLAINTIFF

VS.

Trans Union, LLC; Experian Information Solutions, Inc; Equifax Information Services LLC; and Capital One Bank, a national association   DEFENDANT

CASE NO: C 07 ~~XXXXXX~~ 04980 MJJ
AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

I did serve Capital One Bank, a national association, Corporation Service Company at 11 S 12th St Richmond, VA 23218 on OCT 0 4 2007 _____ with a copy of the:

[ ] Warrant in Debt   or
[ ] Unlawful Detainer   or
[ ] Garnishment Summons
[X] Other: specify: Summons in a Civil Case for a court return date of ___ in the following manner:

[X] Personal Service   x_Rene Nordqvist_____
[ ] Substitute Service   x_____

Being unable to make personal service, a copy was delivered in the following manner:
[ ] Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name:_____ Age:_____ Relation:_____

[ ] Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[ ] Served on Secretary of the Commonwealth
[ ] Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[ ] Not Found
[ ] No Service

M. T. Gwaltney
Process Server- Print & Sign
804-855-7351
M.T.G. Process Servers LLC
P.O. Box 11585
Richmond, VA 23230

( ) I HEREBY CERTIFY THAT I HAVE MAILED A COPY
OF GARNISHMENT TO THE DEFENDANT ON:
_____

Commonwealth of Virginia
County of Henrico
Subscribed and Sworn/Affirmed before me this ___ day of Oct , 2007

My Commission expires:   Micheal Gwaltney    Christina Blair
                          2/28/11 ID: 272000  3/31/08 ID: 287778

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Heather Daniels | Nicole T. McCallum | Janet Torrance |
   | Linda B. Liles | Kate Nordquist | Amy Tarker |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this ___ day of March 2007.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5th day of March 2007, by George A. Massih III.

_____
Notary Public
JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE

My Commission Expires: 8-5-2008

## **DOCUMENTS SERVED:**

Summons, Complaint, Order Setting Initial CMC and ADR Deadlines, Standing Order, Standing Order for Cases Involving Sealed or Confidential Documents, Standing Order (Contents of Joint Case Management Statement), Civil Cover Sheet, Filing Memo, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Notice of Lawsuit and Request for Waiver of Service of Summons, Waiver of Service of Summons, ECF Registration Information Handout