THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS,INC., EQUIFAX INFORMATION SERVICES, LLC. And CAPITAL ONE BANK, a national association,<br><br>Defendants. | Case No:   3:07-cv-04980 MJJ<br><br>**EQUIFAX INFORMATION SERVICES, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc., is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

///

///

- 1 –

EQUIFAX'S CERTIFICATE OF INTERESTED PARTIES
Case No: 3:07-cv-04980 MJJ

1   2.   Equifax Inc., a Georgia corporation, and a publicly traded company.

2                                       NOKES & QUINN

4   Dated: October 18, 2007                    /s/
                                        THOMAS P. QUINN, JR.,
5                                       Attorneys for Defendant EQUIFAX
                                        INFORMATION SERVICES, LLC

6   Of Counsel:

8   Michael Douglas , Esq.
    King & Spalding LLP
9   1180 Peachtree Street, N.E.
    Atlanta, GA 30309
10  Tel: (404) 572-4600
11  Fax: (404) 572-5100

- 2 –

EQUIFAX'S CERTIFICATE OF INTERESTED PARTIES
Case No: 3:07-cv-04980 MJJ

# CERTIFICATE OF SERVICE

PASTERNAK v TRANS UNION, et al, CASE NO:  3:07-cv-04980 MJJ

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On October 18, 2007. I served a true copy of the

**EQUIFAX INFORMATION SERVICES, LLC'S C CERTIFICATE OF INTERESTED PARTIES**

[ ]    By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**Andrew Jones Ogilvie**
Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
(415) 861-2265
Fax: (415) 861-3151
Email: ajogil@kabolaw.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/S/
YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on October 18, 2007, at Laguna Beach, California.

CERTIFICATE OF SERVICE
Case No: C07 1890 MJJ