1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA  94105
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Of Counsel
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX  75201
8  Telephone:    (214) 220-3939
   Facsimile:    (214) 969-5100

9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 **EMELIA M. PASTERNAK**              | Case No. C-07-4980MJJ

15              **Plaintiff,**          | **EXPERIAN INFORMATION
                                        | SOLUTIONS, INC.'S ORIGINAL
16          **v.**                      | ANSWER AND AFFIRMATIVE
                                        | DEFENSES**
17 **TRANS UNION, LLC, EXPERIAN
   INFORMATION SOLUTIONS, INC.,**       | (Fair Credit Reporting Act
18 **EQUIFAX INFORMATION SERVICES,**    | 15 USC § 1681 *et seq.*)
   **LLC, and CAPITAL ONE BANK, a**
19 **national association**

20              **Defendant.**

21

22        Defendant Experian Information Solutions, Inc. ("Experian") files its Original Answer

23 and Affirmative Defenses to Plaintiff's Original Complaint ("Complaint") filed by Emelia M.

24 Pasternak as follows:

25        1.    In response to the averments contained in paragraph 1 of the Complaint, Experian

26 admits that plaintiff's action is brought pursuant to the FCRA and that plaintiff is a "consumer" as

27 that term is defined by the FCRA.  Furthermore, Experian admits that this Court has subject

28

1   matter jurisdiction over this matter.  Experian, however, expressly denies that it is liable to

2   plaintiff or that plaintiff is in any way entitled to relief from Experian.  Experian lacks the

3   knowledge or information sufficient to form a belief as to the truth or falsity of the other

4   averments that purport to apply to plaintiff, and on that basis, denies those averments.  Experian

5   denies the remaining averments of paragraph 1.

6       2.      In response to the averments contained in paragraph 2 of the Complaint, Experian

7   states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

8   the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

9   denies those other averments.  Experian denies the remaining averments of paragraph 2.

10      3.      In response to the averments contained in paragraph 3 of the Complaint, Experian

11  states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

12  the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

13  denies those other averments.  Experian denies the remaining averments of paragraph 3.

14      4.      In response to the averments contained in paragraph 4 of the Complaint, Experian

15  states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

16  the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

17  denies those other averments.  Experian denies the remaining averments of paragraph 4.

18      5.      In response to the averments contained in paragraph 5 of the Complaint, Experian

19  admits that plaintiff is a "consumer" as that term is defined by the FCRA.  Experian lacks

20  knowledge or information concerning plaintiff's residency and, on that basis, denies those

21  averments.  Experian denies the remaining averments contained in paragraph 5 of the Complaint.

22      6.      In response to the averments contained in paragraph 6 of the Complaint, Experian

23  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

24  averments that purport to apply to other defendants and, on that basis, denies those averments.

25  Experian denies the remaining averments contained in paragraph 6 of the Complaint.

26      7.      In response to the averments contained in paragraph 7 of the Complaint, Experian

27  admits that it is an Ohio corporation that is authorized to do, and is doing, business in the State of

28  California.  Experian admits that it is a consumer reporting agency as defined in the FCRA and as

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    such, receives credit information and other information on consumers for the purpose of

2    furnishing consumer reports to third parties as defined by the FCRA.  Experian denies the

3    remaining averments of paragraph 7.

4              8.        In response to the averments contained in paragraph 8 of the Complaint, Experian

5    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

6    averments that purport to apply to other defendants and, on that basis, denies those averments.

7    Experian denies the remaining averments contained in paragraph 8 of the Complaint.

8              9.        In response to the averments contained in paragraph 9 of the Complaint, Experian

9    objects to being referenced collectively as the "CRA defendants."  Experian denies the remaining

10   averments contained in paragraph 9 of the Complaint.

11             10.       In response to the averments contained in paragraph 10 of the Complaint, Experian

12   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

13   averments that purport to apply to other defendants and, on that basis, denies those averments.

14   Experian admits that it receives consumer data from Capital One.  Experian denies the remaining

15   averments contained in paragraph 10 of the Complaint.

16             11.       Paragraph 11 of the Complaint does not require an answer because it does not

17   contain any factual allegations.  To the extent an answer is required, Experian denies the

18   averments contained in paragraph 11 of the Complaint.

19             12.       In response to the averments contained in paragraph 12 of the Complaint, Experian

20   states that the FCRA speaks for itself.  Experian denies the remaining averments contained in

21   paragraph 12 of the Complaint.

22             13.       In response to the averments contained in paragraph 13 of the Complaint, Experian

23   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

24   averments that purport to apply to plaintiff, third parties, and/or other defendants and, on that

25   basis, denies those averments.  Experian denies the remaining averments contained in

26   paragraph 13 of the Complaint.

27             14.       In response to the averments contained in paragraph 14 of the Complaint, Experian

28   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1  averments that purport to apply to plaintiff, third parties, and/or other defendants and, on that

2  basis, denies those averments.  Experian denies the remaining averments contained in

3  paragraph 14 of the Complaint.

4       15.    In response to the averments contained in paragraph 15 of the Complaint, Experian

5  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

6  averments that purport to apply to plaintiff, third parties, and/or other defendants and, on that

7  basis, denies those averments.  Experian denies the remaining averments contained in

8  paragraph 15 of the Complaint.

9       16.    In response to the averments contained in paragraph 16 of the Complaint, Experian

10  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

11  averments that purport to apply to other defendants and/or third parties and, on that basis, denies

12  those averments.  Experian further states that it has not yet completed its investigation with regard

13  to its reporting of plaintiff's credit information.  Therefore, Experian is without knowledge or

14  information sufficient to form a belief as to the truth or the falsity of the averments that purport to

15  apply to plaintiff's credit report and, on that basis, denies those averments.  Experian denies the

16  remaining averments of paragraph 16.

17       17.    In response to the averments contained in paragraph 17 of the Complaint, Experian

18  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

19  averments that purport to apply to the other defendants and, on that basis, denies those averments.

20  Experian expressly denies that it violated the FCRA, either negligently or intentionally.

21  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

22  any other relief whatsoever against Experian.  Experian denies the remaining averments of

23  paragraph 17.

24       18.    In response to the averments contained in paragraph 18 of the Complaint, Experian

25  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

26  averments that purport to apply to plaintiffs and/or other defendants and, on that basis, denies

27  those averments.  Experian expressly denies that it violated the FCRA, either negligently or

28  intentionally.  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining
2    averments of paragraph 18.

3         19.     In response to the averments contained in paragraph 19 of the Complaint, Experian
4    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the
5    averments that purport to apply to the other defendants and, on that basis, denies those averments.
6    Experian expressly denies that it violated the FCRA, either negligently or intentionally.
7    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to
8    any other relief whatsoever against Experian.  Experian denies the remaining averments contained
9    in paragraph 19 of the Complaint.

10        20.     In response to the averments contained in paragraph 20 of the Complaint, Experian
11   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the
12   averments that purport to apply to the other defendants and, on that basis, denies those averments.
13   Experian expressly denies that it violated the FCRA, either negligently or intentionally.
14   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to
15   any other relief whatsoever against Experian.  Experian denies the remaining averments contained
16   in paragraph 20 of the Complaint.

17        21.     In response to the averments contained in paragraph 21 of the Complaint, Experian
18   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the
19   averments that purport to apply to the other defendants and, on that basis, denies those averments.
20   Experian expressly denies that it violated the FCRA, either negligently or intentionally.
21   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to
22   any other relief whatsoever against Experian.  Experian denies the remaining averments contained
23   in paragraph 21 of the Complaint.

24        22.     In response to the averments contained in paragraph 22 of the Complaint, Experian
25   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the
26   averments that purport to apply to the other defendants and, on that basis, denies those averments.
27   Experian expressly denies that it violated the FCRA, either negligently or intentionally.
28   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    any other relief whatsoever against Experian.  Experian denies the remaining averments contained

2    in paragraph 22 of the Complaint.

3         23.    In response to the averments contained in paragraph 23 of the Complaint, Experian

4    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

5    averments that purport to apply to the other defendants and, on that basis, denies those averments.

6    Experian expressly denies that it violated the FCRA, either negligently or intentionally.

7    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

8    any other relief whatsoever against Experian.  Experian denies the remaining averments contained

9    in paragraph 23 of the Complaint.

10         24.    Paragraph 24 of the Complaint does not require an answer because it does not

11    include any factual averments.  To the extent an answer is required, Experian denies the

12    averments in paragraph 24.

13         25.    In response to the averments contained in paragraph 25 of the Complaint, Experian

14    states that the FCRA speaks for itself.  Experian denies the remaining averments contained in

15    paragraph 25 of the Complaint.

16         26.    In response to the averments contained in paragraph 26 of the Complaint, Experian

17    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

18    averments that purport to apply to third parties and, on that basis, denies those averments.

19    Experian further states that it has not yet completed its investigation with regard to its reporting of

20    plaintiff's credit information.  Therefore, Experian is without knowledge or information sufficient

21    to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's

22    credit report and, on that basis, denies those averments.  Experian denies the remaining averments

23    of paragraph 26.

24         27.    In response to the averments contained in paragraph 27 of the Complaint, Experian

25    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

26    averments that purport to apply to the other defendants and, on that basis, denies those averments.

27    Experian expressly denies that it violated the FCRA, either negligently or intentionally.

28    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    any other relief whatsoever against Experian.  Experian denies the remaining averments contained

2    in paragraph 27 of the Complaint.

3        28.    In response to the averments contained in paragraph 28 of the Complaint, Experian

4    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

5    averments that purport to apply to the other defendants and, on that basis, denies those averments.

6    Experian expressly denies that it violated the FCRA, either negligently or intentionally.

7    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

8    any other relief whatsoever against Experian.  Experian denies the remaining averments contained

9    in paragraph 28 of the Complaint.

10        29.    In response to the averments contained in paragraph 29 of the Complaint, Experian

11    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

12    averments that purport to apply to the other defendants and, on that basis, denies those averments.

13    Experian expressly denies that it violated the FCRA, either negligently or intentionally.

14    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

15    any other relief whatsoever against Experian.  Experian denies the remaining averments contained

16    in paragraph 29 of the Complaint.

17        30.    In response to the averments contained in paragraph 30 of the Complaint, Experian

18    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

19    averments that purport to apply to the other defendants and, on that basis, denies those averments.

20    Experian expressly denies that it violated the FCRA, either negligently or intentionally.

21    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

22    any other relief whatsoever against Experian.  Experian denies the remaining averments contained

23    in paragraph 30 of the Complaint.

24        31.    In response to the averments contained in paragraph 31 of the Complaint, Experian

25    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

26    averments that purport to apply to the other defendants and, on that basis, denies those averments.

27    Experian expressly denies that it violated the FCRA, either negligently or intentionally.

28    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 31 of the Complaint.

32.     In response to the averments contained in paragraph 32 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 32 of the Complaint.

33.     In response to the averments contained in paragraph 33 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 33 of the Complaint.

34.     Paragraph 34 of the Complaint does not require an answer because it does not include any factual averments.  To the extent an answer is required, Experian denies the averments of paragraph 34.

35.     In response to the averments contained in paragraph 35 of the Complaint, Experian states that the FCRA speaks for itself.  Experian denies the remaining averments contained in paragraph 35 of the Complaint.

36.     In response to the averments contained in paragraph 36 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian denies the averment.  Experian denies the remaining averments of paragraph 36.

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

37.    In response to the averments contained in paragraph 37 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian denies the averment.  Experian denies the remaining averments of paragraph 37.

38.    In response to the averments contained in paragraph 38 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian denies the averment.  Experian denies the remaining averments of paragraph 38.

39.    In response to the averments contained in paragraph 39 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian denies the averment.  Experian denies the remaining averments of paragraph 39.

40.    In response to the averments contained in paragraph 40 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian denies the averment.  Experian denies the remaining averments of paragraph 40.

41.    In response to the averments contained in paragraph 41 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 41.

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

42.    In response to the averments contained in paragraph 42 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 42.

43.    In response to the averments contained in paragraph 43 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 43.

44.    In response to the averments contained in the unnumbered paragraph beginning "Wherefore" and each of its subparts, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments of these unnumbered paragraphs.

## AFFIRMATIVE DEFENSES

45.    In addition to the responses to the individual paragraphs above, Experian further pleads the following affirmative defenses.

## FIRST DEFENSE

46.    As an affirmative defense, Experian states that the injuries and damages allegedly sustained by plaintiff were directly and proximately caused by the acts of others, including the alleged "Imposter."

## SECOND DEFENSE

47.    As an affirmative defense, Experian states that plaintiff's rights of recovery are barred by the doctrines of waiver, estoppel or laches and by the statute of limitations as set out in 15 U.S.C. §1681p, and any other applicable statute of limitations.

## THIRD DEFENSE

48.    As an affirmative defense, Experian states that plaintiff's claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## FOURTH DEFENSE

49.    As an affirmative defense, Experian states that plaintiff's rights of recovery based

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

upon any alleged action or proceeding under state or common law are barred pursuant to 15

U.S.C. §1681h(e).

**FIFTH DEFENSE**

50.    As an affirmative defense, Experian states that all or part of the damages allegedly

suffered by plaintiffs in this action were caused by plaintiff's failure to mitigate damages as

required by law.

**SIXTH DEFENSE**

51.    As an affirmative defense, Experian states that plaintiff is barred from recovery to

the extent plaintiff was contributorily and/or comparatively negligent.

**SEVENTH DEFENSE**

52.    As an affirmative defense, Experian states that the complaint fails to state a claim

upon which relief can be granted to the plaintiffs and should be dismissed.

**EIGHTH DEFENSE**

53.    As an affirmative defense, Experian states that any claims for punitive or

exemplary damages violate Experian's right to due process of law under the United States and

California Constitutions.

**PRAYER**

WHEREFORE, defendant Experian prays that plaintiff take nothing as a result of this suit,

that this action be dismissed in its entirety, and that Experian be awarded all costs, including

reasonable attorney's fees, and other relief that the Court deems just and proper.

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    Dated: October 23, 2007                      JONES DAY

2

3                                          By:   /S/ David L. Wallach
                                                David L. Wallach
4                                               California Bar No. 233432
                                                JONES DAY
5                                               555 California Street
                                                San Francisco, CA  94105
6                                               Telephone:  (415) 626-3939
                                                Facsimile:  (415) 875-5700
7                                               dwallach@jonesday.com

8                                               Cindy W. Andrew
                                                Of Counsel
9                                               Texas Bar No. 00796128
                                                JONES DAY
10                                              2727 North Harwood Street
                                                Dallas, Texas  75201-1515
11                                              Telephone:  (214) 220-3939
                                                Facsimile:  (214) 969-5100
12                                              candrew@jonesday.com

13                                         Attorneys for Defendant
                                           EXPERIAN INFORMATION SOLUTIONS,
14                                         INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served on Andrew J. Ogilvie, Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco, California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing system this 23 day of October, 2007.

                    /S/ David L. Wallach
                    David L. Wallach