1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA  94105
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Of Counsel
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX  75201
8  Telephone:     (214) 220-3939
   Facsimile:     (214) 969-5100

9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMELIA M. PASTERNAK** | Case No. C-07-4980MJJ |
| **Plaintiff,** | **EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| **TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association** | (Fair Credit Reporting Act 15 USC § 1681 *et seq.*) |
| **Defendant.** | |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
<u>**CERTIFICATE OF INTERESTED PARTIES**</u>

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian"), hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.  Parent Companies:  The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

a. First American Real Estate Solutions, LLC

b. Vehicle Title, LLC

c. Central Source LLC

d. Online Data Exchange LLC

e. New Management Services LLC

f. Vantage Score Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: October 23, 2007                    JONES DAY

By:  /S/ David L. Wallach
David L. Wallach
California Bar No. 233432
JONES DAY
555 California Street
San Francisco, CA  94105
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
dwallach@jonesday.com

Cindy W. Andrew
Of Counsel
Texas Bar No. 00796128
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
candrew@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

EXPERIAN'S CERTIFICATE OF INTERESTED PERSON'S

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing have been served on Andrew J. Ogilvie, Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco, California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing system this 23 day of October, 2007.

      /S/ David L. Wallach
      David L. Wallach