1  Abraham J. Colman (SBN 146933)
   (acolman@reedsmith.com)
2  Veronica Kuiumdjian (SBN 244825)
   (vkuiumdjian@reedsmith.com)
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514
   Telephone:   (213) 457 8000
5  Facsimile:   (213) 457 8080

6  Attorneys for Defendant
   Capital One Bank
7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 EMELIA M. PASTERNAK,                    ) No.: C 07 4980 MJJ
                                           )
11              Plaintiff,                 ) **STIPULATION TO EXTEND TIME FOR**
                                           ) **DEFENDANT CAPITAL ONE BANK TO**
12      vs.                                ) **FILE RESPONSIVE PLEADING TO THE**
                                           ) **COMPLAINT**
13 TRANS UNION, LLC, EXPERIAN              )
   INFORMATION SOLUTIONS, INC., EQUIFAX)    Compl. Filed:    September 26, 2007
14 INFORMATION SERVICES, LLC, and          )
   CAPITAL ONE BANK, a national association,)
15                                         ) Honorable Martin J. Jenkins
                Defendants.                )
16                                         )
17 _____)

18      This Stipulation is made by and between Plaintiff Emelia M. Pasternak ("Plaintiff") and

19 Defendant Capital One Bank ("Defendant") in light of the following facts:

20                              RECITALS
21

22      WHEREAS, on or about September 26, 2007, Plaintiff filed this action against Defendant;

23      WHEREAS, on October 4, 2007, Plaintiff served process on Defendant;

24      WHEREAS, Defendant's response is due on or before October 24, 2007;

25      WHEREAS, Defendant and Plaintiff stipulate to an extension of time for Defendant to

26 respond to the Complaint such that Defendant's response will be due on or before November 12,

27 2007;

28

- 1 -

Stipulation to Extend Time for Defendant Capital One Bank to File Responsive Pleading to the Complaint

WHEREAS, the parties agree that the extension is warranted because Defendant recently retained counsel in this matter, and Defendant is still reviewing and analyzing the Complaint and is conducting internal preliminary fact investigation in order to determine the appropriate response thereto;

WHEREAS, the parties further agree that the requested extension is not for purposes of delay, but so that the due process of the parties is protected and so that justice may be done;

WHEREAS, the parties agree that this Stipulation may be executed in counterparts, and that facsimile signatures shall be deemed acceptable signatures for the purposes of this Stipulation.

### STIPULATION

It is hereby stipulated by the parties that:

Defendant shall have up to and including November 12, 2007 in which to file its response to Plaintiff Emelia Pasternak's Complaint.

DATED: October 30, 2007.

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP

By _____
Andrew J. Ogilvie
Attorney for Plaintiff
Emelia M. Pasternak

DATED: October 30, 2007.

REED SMITH LLP

By _____
Abraham J. Colman
Veronica Kuiumdjian
Attorneys for Defendant
Capital One Bank

- 2 -
Stipulation to Extend Time for Defendant Capital One Bank to File Responsive Pleading to the Complaint

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On October 30, 2007, I served the following document(s) by the method indicated below:

**STIPULATION TO EXTEND TIME FOR DEFENDANT CAPITAL ONE BANK TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

☒ **On the recipients designated on the Transaction Receipt located on the CM/ECF website.**

☒ <u>FEDERAL</u>: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 30, 2007, at Los Angeles, California.

*/s/ Davina M. Bernal*
Davina M. Bernal

- 1 -
PROOF OF SERVICE

# SERVICE LIST

*Pasternak v. Trans Union, et al.*
LASC, Case No. C 07 4980 MJJ

| | |
|---|---|
| **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>714-668-2400<br>714-668-2490 (fax)<br>d.bradley@mpglaw.com<br>  *Assigned: 10/19/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Trans Union LLC**<br>*(Defendant)* |
| **Andrew Jones Ogilvie**<br>Kemnitzer Anderson Barron Ogilvie & Brewer, LLP<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>(415) 861-2265<br>(415) 861-3151 (fax)<br>ajogil@kabolaw.com<br>  *Assigned: 09/26/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Emelia M. Pasternak**<br>*(Petitioner)* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>949-376-3055<br>949-376-3070 (fax)<br>yhoman@nokesquinn.com<br>  *Assigned: 10/18/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Equifax Information Services LLC**<br>*(Defendant)* |
| **David L. Wallach**<br>Jones Day<br>26th Floor<br>San Francisco, CA 94104<br>415-875-5827<br>415-875-5700 (fax)<br>dwallach@jonesday.com<br>  *Assigned: 10/23/2007*<br>  *ATTORNEY TO BE NOTICED* | **Experian Information Solutions Inc**<br>*(Defendant)* |

DOCSLA-15612198.1