Abraham J. Colman (SBN 146933)
Felicia Y. Yu (SBN 193316)
Veronica Kuiumdjian (SBN 244825)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
Capital One Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| EMELIA M. PASTERNAK, | No.: CV 07 4980 MJJ |
| Plaintiff, | **DEFENDANT CAPITAL ONE BANK'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, | Compl. Filed: September 26, 2007 |
| | Honorable Martin J. Jenkins |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Capital One Financial Corporation wholly owns Capital One Bank.

DATED: November 26, 2007.

REED SMITH LLP

By  /s/ Veronica Kuiumdjian
    Abraham J. Colman
    Felicia Y. Yu
    Veronica Kuiumdjian
    Attorneys for Defendant
    Capital One Bank

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On November 26, 2007, I served the following document(s) by the method indicated below:

**DEFENDANT CAPITAL ONE BANK'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒     On the recipients designated on the Transaction Receipt located on the CM/ECF website.

☒     **FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.**

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 26, 2007, at Los Angeles, California.

/s/ Davina Bernal
Davina Bernal

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# SERVICE LIST

*Pasternak v. Trans Union, et al.*
LASC, Case No. C 07 4980 MJJ

| | |
|---|---|
| **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>714-668-2400<br>714-668-2490 (fax)<br>d.bradley@mpglaw.com<br>  *Assigned: 10/19/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Trans Union LLC**<br>*(Defendant)* |
| **Andrew Jones Ogilvie**<br>Kemnitzer Anderson Barron Ogilvie & Brewer, LLP<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>(415) 861-2265<br>(415) 861-3151 (fax)<br>ajogil@kabolaw.com<br>  *Assigned: 09/26/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Emelia M. Pasternak**<br>*(Petitioner)* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>949-376-3055<br>949-376-3070 (fax)<br>yhoman@nokesquinn.com<br>  *Assigned: 10/18/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Equifax Information Services LLC**<br>*(Defendant)* |
| **David L. Wallach**<br>Jones Day<br>26th Floor<br>San Francisco, CA 94104<br>415-875-5827<br>415-875-5700 (fax)<br>dwallach@jonesday.com<br>  *Assigned: 10/23/2007*<br>  *ATTORNEY TO BE NOTICED* | **Experian Information Solutions Inc**<br>*(Defendant)* |