1   Abraham J. Colman (SBN 146933)
    Felicia Y. Yu (SBN 193316)
2   Veronica Kuiumdjian (SBN 244825)
    REED SMITH LLP
3   355 South Grand Avenue, Suite 2900
    Los Angeles, CA  90071-1514
4   Telephone:   213.457.8000
    Facsimile:    213.457.8080
5
    Attorneys for Defendant
6   Capital One Bank

7

8                     UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10  EMELIA M. PASTERNAK,                    ) No.: CV 07 4980 MJJ
                                            )
11                   Plaintiff,             ) **NOTICE OF ERRATA TO**
                                            ) **DEFENDANT CAPITAL ONE**
12          vs.                             ) **BANK'S ANSWER AND**
                                            ) **CERTIFICATION OF INTERESTED**
13  TRANS UNION, LLC, EXPERIAN              ) **ENTITIES OR PERSONS**
    INFORMATION SOLUTIONS, INC.,            )
14  EQUIFAX INFORMATION SERVICES,           ) Compl. Filed:   September 26, 2007
    LLC, and CAPITAL ONE BANK, a            )
15  national association,                   )
                                            )
16                   Defendants.            ) Honorable Martin J. Jenkins
                                            )
17  _____    )

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Defendant Capital One Bank respectfully submits this notice of errata.

2  Capital One Bank's Answer and Certificate of Interested Entities or Persons filed on

3  November 13, 2007, incorrectly referred to Capital One Bank as Capital One Bank,

4  N.A.  Capital One Bank has filed concurrently with this Notice of Errata an <u>Amended</u>

5  Answer and an <u>Amended</u> Certificate of Interested Entities or Persons.  Accordingly,

6  Capital One Bank hereby augments / replaces the original Answer and Certificate of

7  Interested Entities or Persons with its <u>Amended</u> Answer and an <u>Amended</u> Certificate

8  of Interested Entities or Persons.

9

10

11  DATED:  November 26, 2007.

12  REED SMITH LLP

13

14  By____/s/ Veronica Kuiumdjian_____

15  Abraham J. Colman
   Felicia Y. Yu

16  Veronica Kuiumdjian
   Attorneys for Defendant
   Capital One Bank

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

NOTICE OF ERRATA TO DEFENDANT CAPITAL ONE BANK'S ANSWER AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071-1514.  On November 26, 2007, I served the following document(s) by the method indicated below:

**NOTICE OF ERRATA TO DEFENDANT CAPITAL ONE BANK'S ANSWER AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒ <u>On the recipients designated on the Transaction Receipt located on the CM/ECF website.</u>

☒ **<u>FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.</u>**

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on November 26, 2007, at Los Angeles, California.

/s/ Davina Bernal
Davina Bernal

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

***Pasternak  v. Trans Union, et al.***
LASC, Case No. C 07 4980 MJJ

| | |
|---|---|
| **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>714-668-2400<br>714-668-2490 (fax)<br>d.bradley@mpglaw.com<br> *Assigned: 10/19/2007*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | **Trans Union LLC**<br>*(Defendant)* |
| **Andrew Jones Ogilvie**<br>Kemnitzer Anderson Barron Ogilvie &<br>Brewer, LLP<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>(415) 861-2265<br>(415) 861-3151 (fax)<br>ajogil@kabolaw.com<br> *Assigned: 09/26/2007*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | **Emelia M. Pasternak**<br>*(Petitioner)* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>949-376-3055<br>949-376-3070 (fax)<br>yhoman@nokesquinn.com<br> *Assigned: 10/18/2007*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | **Equifax Information Services LLC**<br>*(Defendant)* |
| **David L. Wallach**<br>Jones Day<br>26th Floor<br>San Francisco, CA 94104<br>415-875-5827<br>415-875-5700 (fax)<br>dwallach@jonesday.com<br> *Assigned: 10/23/2007*<br> *ATTORNEY TO BE NOTICED* | **Experian Information Solutions Inc**<br>*(Defendant)* |