Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANS UNION, LLC, EXPERIAN ) <br> INFORMATION SOLUTIONS, INC., ) <br> EQUIFAX INFORMATION SERVICES, LLC, ) <br> CAPITAL ONE BANK, a national association, ) <br> and PATENAUDE & FELIX, APC, a law firm, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:07-cv-04980 MJJ <br><br> STIPULATION TO PERMIT PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

The parties stipulate that plaintiff may file her First Amended Complaint.

\_\_\_\_/s/_____
Andrew J. Ogilvie
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, California 94108
    Tel: 415/861-2265
    Fax: 415/861-3151
Attorneys for Emelia Pasternak

*Pasternak v. Trans Union, et al.*, ND Cal. case no. 3:07-cv-04980 MJJ
Stipulation to Permit Plaintiff to File First Amended Complaint                                                                 1

1 | /s/
Thomas P. Quinn
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651
    Tel.: (949) 376-3055
    Fax: (949) 376-3070
    tquinn@nokesquinn.com
Attorneys for Equifax

/s/
Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
    Tel: (714) 668-2447
    Fax: (714) 668-2490
    Email: d.bradley@mpglaw.com
Attorneys for Trans Union

/s/
David L. Wallach
JONES DAY
555 California Street
San Francisco, CA 94105
    Tel: (415) 626-3939
    Fax: (415) 875-5700
    Email: dwallach@jonesday.com
Attorneys for Experian

/s/
Veronica Kuiumdjian
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
    Tel: (213) 457-8000
    Fax: (213) 457-8080
    Email: vkuiumdjian@reedsmith.com
Attorneys for Capital One Bank

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.
    /s/
Andrew J. Ogilvie

*Pasternak v. Trans Union, et al.*, ND Cal. case no. 3:07-cv-04980 MJJ
Stipulation to Permit Plaintiff to File First Amended Complaint    2