UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Emelia Pasternak

                Plaintiff(s),

v.

Trans Union, et al.,

                Defendant(s).
_____/

Case No. 3:07-cv-04980 MJJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/27/2007

/s/ Troy Kubes, Corporate
[Party] Counsel for Equifax

Dated: 12/27/2007

/s/ Thomas P. Quinn
[Counsel]