1   David L. Wallach (State Bar No. 233432)
    dwallach@jonesday.com
2   JONES DAY
    555 California Street
3   San Francisco, CA  94105
    Telephone:    (415) 626-3939
4   Facsimile:    (415) 875-5700

5   Of Counsel
    Cindy W. Andrew (TX State Bar No. 00796128)
6   candrew@jonesday.com
    JONES DAY
7   2727 North Harwood Street
    Dallas, TX  75201
8   Telephone:    (214) 220-3939
    Facsimile:    (214) 969-5100
9
    Attorneys for Defendant
10  EXPERIAN INFORMATION SOLUTIONS, INC.

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13

14

| EMELIA M. PASTERNAK | Case No. C-07-4980MJJ |
|---|---|
| **Plaintiff,** | **EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** |
| v. | |
| **TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association** | (Fair Credit Reporting Act 15 USC § 1681 *et seq.*) |
| **Defendant.** | |

22          Defendant Experian Information Solutions, Inc. ("Experian") files its Answer and

23  Affirmative Defenses to Plaintiff's First Amended Complaint ("Complaint") filed by Emelia M.

24  Pasternak as follows:

25          1.      In response to the averments contained in paragraph 1 of the Complaint, Experian

26  admits that plaintiff's action is brought pursuant to the FCRA and that plaintiffs brings claims

27  against other defendants pursuant to the Fair Debt Collection Practices Act and state law.

28

1    Furthermore, Experian admits that this Court has subject matter jurisdiction over this matter.

2    Experian, however, expressly denies that it is liable to plaintiff or that plaintiff is in any way

3    entitled to relief from Experian.  Experian lacks the knowledge or information sufficient to form a

4    belief as to the truth or falsity of the other averments that purport to apply to plaintiff, and on that

5    basis, denies those averments.  Experian denies the remaining averments of paragraph 1.

6         2.     In response to the averments contained in paragraph 2 of the Complaint, Experian

7    states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

8    the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

9    denies those other averments.  Experian denies the remaining averments of paragraph 2.

10         3.     In response to the averments contained in paragraph 3 of the Complaint, Experian

11    states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

12    the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

13    denies those other averments.  Experian denies the remaining averments of paragraph 3.

14         4.     In response to the averments contained in paragraph 4 of the Complaint, Experian

15    states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

16    the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

17    denies those other averments.  Experian denies the remaining averments of paragraph 4.

18         5.     In response to the averments contained in paragraph 5 of the Complaint, Experian

19    states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

20    the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

21    denies those other averments.  Experian denies the remaining averments of paragraph 5.

22         6.     In response to the averments contained in paragraph 6 of the Complaint, Experian

23    states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

24    the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

25    denies those other averments.  Experian denies the remaining averments of paragraph 6.

26         7.     In response to the averments contained in paragraph 7 of the Complaint, Experian

27    states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

28    the other averments that purport to apply to plaintiffs and/or other defendants and, on that basis,

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

1    denies those other averments.  Experian denies the remaining averments of paragraph 7.

2         8.    In response to the averments contained in paragraph 8 of the Complaint, Experian

3    admits that plaintiff is a "consumer" as that term is defined by the FCRA.  Experian lacks

4    knowledge or information concerning plaintiff's residency and, on that basis, denies those

5    averments.  Experian denies the remaining averments contained in paragraph 8 of the Complaint.

6         9.    In response to the averments contained in paragraph 9 of the Complaint, Experian

7    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

8    averments that purport to apply to other defendants and, on that basis, denies those averments.

9    Experian denies the remaining averments contained in paragraph 9 of the Complaint.

10        10.    In response to the averments contained in paragraph 10 of the Complaint, Experian

11   admits that it is an Ohio corporation that is authorized to do, and is doing, business in the State of

12   California.  Experian admits that it is a consumer reporting agency as defined in the FCRA and as

13   such, receives credit information and other information on consumers for the purpose of

14   furnishing consumer reports to third parties as defined by the FCRA.  Experian denies the

15   remaining averments of paragraph 10.

16        11.    In response to the averments contained in paragraph 11 of the Complaint, Experian

17   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

18   averments that purport to apply to other defendants and, on that basis, denies those averments.

19   Experian denies the remaining averments contained in paragraph 11 of the Complaint

20        12.    In response to the averments contained in paragraph 12 of the Complaint, Experian

21   objects to being referenced collectively as the "CRA defendants."  Experian denies the remaining

22   averments contained in paragraph 12 of the Complaint.

23        13.    In response to the averments contained in paragraph 13 of the Complaint, Experian

24   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

25   averments that purport to apply to other defendants and, on that basis, denies those averments.

26   Experian admits that it receives consumer data from Capital One.  Experian denies the remaining

27   averments contained in paragraph 13 of the Complaint.

28

14.    In response to the averments contained in paragraph 14 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments contained in paragraph 14 of the Complaint.

15.    Paragraph 15 of the Complaint does not require an answer because it does not contain any factual allegations. To the extent an answer is required, Experian denies the averments contained in paragraph 15 of the Complaint.

16.    In response to the averments contained in paragraph 16 of the Complaint, Experian states that the FCRA speaks for itself. Experian denies the remaining averments contained in paragraph 16 of the Complaint.

17.    In response to the averments contained in paragraph 17 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff, third parties, and/or other defendants and, on that basis, denies those averments. Experian denies the remaining averments contained in paragraph 17 of the Complaint.

18.    In response to the averments contained in paragraph 18 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff, third parties, and/or other defendants and, on that basis, denies those averments. Experian denies the remaining averments contained in paragraph 18 of the Complaint.

19.    In response to the averments contained in paragraph 19 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff, third parties, and/or other defendants and, on that basis, denies those averments. Experian denies the remaining averments contained in paragraph 19 of the Complaint.

20.    In response to the averments contained in paragraph 20 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and/or third parties and, on that basis, denies

those averments.  Experian further states that it has not yet completed its investigation with regard to its reporting of plaintiff's credit information.  Therefore, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's credit report and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 20.

21.    In response to the averments contained in paragraph 21 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments of paragraph 21.

22.    In response to the averments contained in paragraph 22 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiffs and/or other defendants and, on that basis, denies those averments.  Experian expressly denies that it violated the FCRA, either negligently or intentionally.  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments of paragraph 22.

23.    In response to the averments contained in paragraph 23 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 23 of the Complaint.

24.    In response to the averments contained in paragraph 24 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 24 of the Complaint.

25.    In response to the averments contained in paragraph 25 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 25 of the Complaint.

26.    In response to the averments contained in paragraph 26 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 26 of the Complaint.

27.    In response to the averments contained in paragraph 27 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 27 of the Complaint.

28.    Paragraph 28 of the Complaint does not require an answer because it does not include any factual averments.  To the extent an answer is required, Experian denies the

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

1  averments in paragraph 28.

2      29.    In response to the averments contained in paragraph 29 of the Complaint, Experian

3  states that the FCRA speaks for itself.  Experian denies the remaining averments contained in

4  paragraph 29 of the Complaint.

5      30.    In response to the averments contained in paragraph 30 of the Complaint, Experian

6  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

7  averments that purport to apply to third parties and, on that basis, denies those averments.

8  Experian further states that it has not yet completed its investigation with regard to its reporting of

9  plaintiff's credit information.  Therefore, Experian is without knowledge or information sufficient

10  to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's

11  credit report and, on that basis, denies those averments.  Experian denies the remaining averments

12  of paragraph 30.

13      31.    In response to the averments contained in paragraph 31 of the Complaint, Experian

14  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

15  averments that purport to apply to the other defendants and, on that basis, denies those averments.

16  Experian expressly denies that it violated the FCRA, either negligently or intentionally.

17  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

18  any other relief whatsoever against Experian.  Experian denies the remaining averments contained

19  in paragraph 31 of the Complaint.

20      32.    In response to the averments contained in paragraph 32 of the Complaint, Experian

21  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

22  averments that purport to apply to the other defendants and, on that basis, denies those averments.

23  Experian expressly denies that it violated the FCRA, either negligently or intentionally.

24  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

25  any other relief whatsoever against Experian.  Experian denies the remaining averments contained

26  in paragraph 32 of the Complaint.

27      33.    In response to the averments contained in paragraph 33 of the Complaint, Experian

28  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

1   averments that purport to apply to the other defendants and, on that basis, denies those averments.

2   Experian expressly denies that it violated the FCRA, either negligently or intentionally.

3   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

4   any other relief whatsoever against Experian.  Experian denies the remaining averments contained

5   in paragraph 33 of the Complaint.

6        34.    In response to the averments contained in paragraph 34 of the Complaint, Experian

7   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

8   averments that purport to apply to the other defendants and, on that basis, denies those averments.

9   Experian expressly denies that it violated the FCRA, either negligently or intentionally.

10  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

11  any other relief whatsoever against Experian.  Experian denies the remaining averments contained

12  in paragraph 34 of the Complaint.

13       35.    In response to the averments contained in paragraph 35 of the Complaint, Experian

14  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

15  averments that purport to apply to the other defendants and, on that basis, denies those averments.

16  Experian expressly denies that it violated the FCRA, either negligently or intentionally.

17  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

18  any other relief whatsoever against Experian.  Experian denies the remaining averments contained

19  in paragraph 35 of the Complaint.

20       36.    In response to the averments contained in paragraph 36 of the Complaint, Experian

21  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

22  averments that purport to apply to the other defendants and, on that basis, denies those averments.

23  Experian expressly denies that it violated the FCRA, either negligently or intentionally.

24  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

25  any other relief whatsoever against Experian.  Experian denies the remaining averments contained

26  in paragraph 36 of the Complaint.

27       37.    In response to the averments contained in paragraph 37 of the Complaint, Experian

28  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian expressly denies that it violated the FCRA, either negligently or intentionally. Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian. Experian denies the remaining averments contained in paragraph 37 of the Complaint.

38.     Paragraph 38 of the Complaint does not require an answer because it does not include any factual averments. To the extent an answer is required, Experian denies the averments of paragraph 38.

39.     In response to the averments contained in paragraph 39 of the Complaint, Experian states that the FCRA speaks for itself. Experian denies the remaining averments contained in paragraph 39 of the Complaint.

40.     In response to the averments contained in paragraph 40 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian denies the averment. Experian denies the remaining averments of paragraph 40.

41.     In response to the averments contained in paragraph 41 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian denies the averment. Experian denies the remaining averments of paragraph 41.

42.     In response to the averments contained in paragraph 42 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments. Experian further states that to the extent the averment suggests that Experian negligently or intentionally permitted false credit information to be included in plaintiff's credit file, Experian

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

1    denies the averment.  Experian denies the remaining averments of paragraph 42.

2        43.    In response to the averments contained in paragraph 43 of the Complaint, Experian

3    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

4    averments that purport to apply to the other defendants and, on that basis, denies those averments.

5    Experian further states that to the extent the averment suggests that Experian negligently or

6    intentionally permitted false credit information to be included in plaintiff's credit file, Experian

7    denies the averment.  Experian denies the remaining averments of paragraph 43.

8        44.    In response to the averments contained in paragraph 44 of the Complaint, Experian

9    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

10    averments that purport to apply to other defendants and, on that basis, denies those averments.

11    Experian further states that to the extent the averment suggests that Experian negligently or

12    intentionally permitted false credit information to be included in plaintiff's credit file, Experian

13    denies the averment.  Experian denies the remaining averments of paragraph 44.

14        45.    In response to the averments contained in paragraph 45 of the Complaint, Experian

15    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

16    averments that purport to apply to other defendants and, on that basis, denies those averments.

17    Experian denies the remaining averments of paragraph 45.

18        46.    In response to the averments contained in paragraph 46 of the Complaint, Experian

19    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

20    averments that purport to apply to other defendants and, on that basis, denies those averments.

21    Experian denies the remaining averments of paragraph 46.

22        47.    In response to the averments contained in paragraph 47 of the Complaint, Experian

23    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

24    averments that purport to apply to other defendants and, on that basis, denies those averments.

25    Experian denies the remaining averments of paragraph 47.

26        48.    Paragraph 48 of the Complaint does not require an answer because it does not

27    include any factual averments.  To the extent an answer is required, Experian denies the

28    averments of paragraph 48.

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

49. In response to the averments contained in paragraph 49 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 49.

50. In response to the averments contained in paragraph 50 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 50.

51. In response to the averments contained in paragraph 51 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 51.

52. In response to the averments contained in paragraph 52 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 52.

53. In response to the averments contained in paragraph 53 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 53.

54. In response to the averments contained in paragraph 54 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 54.

55. In response to the averments contained in paragraph 55 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 55.

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

56.    In response to the averments contained in paragraph 56 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 56.

57.    In response to the averments contained in paragraph 57 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 57.

58.    In response to the averments contained in paragraph 58 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff and unnamed third parties and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 58.

59.    In response to the averments contained in paragraph 59 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 59.

60.    In response to the averments contained in paragraph 60 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 60.

61.    In response to the averments contained in paragraph 61 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 61.

62.    In response to the averments contained in paragraph 62 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 62.

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

63.      In response to the averments contained in paragraph 63 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 63.

64.      In response to the averments contained in paragraph 64 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 64.

65.      In response to the averments contained in paragraph 65 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 65.

66.      In response to the averments contained in paragraph 66 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 66.

67.      In response to the averments contained in paragraph 67 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 67.

68.      In response to the averments contained in paragraph 68 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 68.

69.      In response to the averments contained in paragraph 69 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff, third parties or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 69.

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

70.     In response to the averments contained in paragraph 70 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff, third parties or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 70.

71.     In response to the averments contained in paragraph 71 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 71.

72.     In response to the averments contained in paragraph 72 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff, third parties or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 72.

73.     In response to the averments contained in paragraph 73 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to plaintiff, third parties or other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 73.

74.     In response to the averments contained in the unnumbered paragraph beginning "Wherefore" and each of its subparts, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments of these unnumbered paragraphs.

**AFFIRMATIVE DEFENSES**

75.     In addition to the responses to the individual paragraphs above, Experian further pleads the following affirmative defenses.

**FIRST DEFENSE**

76.     As an affirmative defense, Experian states that the injuries and damages allegedly sustained by plaintiff were directly and proximately caused by the acts of others, including the alleged "Imposter."

**SECOND DEFENSE**

77.     As an affirmative defense, Experian states that plaintiff's rights of recovery are barred by the doctrines of waiver, estoppel or laches and by the statute of limitations as set out in 15 U.S.C. §1681p, and any other applicable statute of limitations.

**THIRD DEFENSE**

78.     As an affirmative defense, Experian states that plaintiff's claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

**FOURTH DEFENSE**

79.     As an affirmative defense, Experian states that plaintiff's rights of recovery based upon any alleged action or proceeding under state or common law are barred pursuant to 15 U.S.C. §1681h(e).

**FIFTH DEFENSE**

80.     As an affirmative defense, Experian states that all or part of the damages allegedly suffered by plaintiffs in this action were caused by plaintiff's failure to mitigate damages as required by law.

**SIXTH DEFENSE**

81.     As an affirmative defense, Experian states that plaintiff is barred from recovery to the extent plaintiff was contributorily and/or comparatively negligent.

**SEVENTH DEFENSE**

82.     As an affirmative defense, Experian states that the complaint fails to state a claim upon which relief can be granted to the plaintiffs and should be dismissed.

**EIGHTH DEFENSE**

83.     As an affirmative defense, Experian states that any claims for punitive or exemplary damages violate Experian's right to due process of law under the United States and California Constitutions.

**PRAYER**

WHEREFORE, defendant Experian prays that plaintiff take nothing as a result of this suit, that this action be dismissed in its entirety, and that Experian be awarded all costs, including

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

1    reasonable attorney's fees, and other relief that the Court deems just and proper.

2

3    Dated: December 27, 2007                JONES DAY

4

5                                           By:    /S/ David L. Wallach
                                                  David L. Wallach
6                                                 California Bar No. 233432
                                                  JONES DAY
7                                                 555 California Street
                                                  San Francisco, CA  94105
8                                                 Telephone:  (415) 626-3939
                                                  Facsimile:  (415) 875-5700
9                                                 dwallach@jonesday.com

10                                                Cindy W. Andrew
                                                  Of Counsel
11                                                Texas Bar No. 00796128
                                                  JONES DAY
12                                                2727 North Harwood Street
                                                  Dallas, Texas  75201-1515
13                                                Telephone:  (214) 220-3939
                                                  Facsimile:  (214) 969-5100
14                                                candrew@jonesday.com

15                                           Attorneys for Defendant
                                             EXPERIAN INFORMATION SOLUTIONS,
16                                           INC.

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

  I hereby certify that copies of the foregoing have been served on Andrew J. Ogilvie,

Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco,

California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing

system this 27th day of December, 2007.


             /S/ David L. Wallach       
             David L. Wallach

SFI-575781v1

EXPERIAN'S ANSWER TO FIRST
AMENDED COMPLAINT