1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS,INC., EQUIFAX INFORMATION SERVICES, LLC. And CAPITAL ONE BANK, a national association,<br><br>Defendants | Case No:   3:07-cv-04980 MJJ<br><br>**REQUEST BY DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:       January 15, 2008<br>Time:      2:00 p.m.<br>Ctrm:      11, 19th Floor<br>               Hon. Martin J. Jenkins |

**TO THE HONORABLE COURT AND TO ALL ATTORNEYS OF RECORD:**

Defendant EQUIFAX INFORMATION SERVICES respectfully requests that it be permitted to appear telephonically at the Initial Case Management Conference, scheduled for January 15, 2008, at 2:00 p.m.

Defendant EQUIFAX'S counsel of record has his office in Laguna Beach, California. Significant travel cost and related expense would be incurred in order to appear in person at the

- 1 –

Initial Case Management Conference. As such, it is submitted that good cause exists to allow EQUIFAX'S counsel to appear telephonically.

                                        Respectfully submitted,

                                        NOKES & QUINN

Dated:  January 8, 2008                       /s/
                                      THOMAS P. QUINN, JR.
                                      Attorneys for Defendant EQUIFAX
                                      INFORMATION SERVICES LLC

## **ORDER**

    Having reviewed the request of counsel for Defendant Equifax herein, and good cause appearing therefor,

    IT IS HEREBY ORDERED THAT counsel for Defendant Equifax may appear telephonically.

DATED: _____  _____
                                                      HON. MARTIN J. JENKINS, JUDGE
                                                      UNITED STATES DISTRICT COURT