1  Abraham J. Colman (SBN 146933)
   Felicia Y. Yu (SBN 193316)
2  Veronica Kuiumdjian (SBN 244825)
   REED SMITH LLP
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone:  213.457.8000
   Facsimile:   213.457.8080
5
   Attorneys for Defendant
6  Capital One Bank

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  EMELIA M. PASTERNAK,                 )  No.: CV 07 4980 MJJ
                                         )
12              Plaintiff,               )  **[PROPOSED] ORDER GRANTING
                                         )  CAPITAL ONE BANK'S MOTION
13       vs.                             )  TO DISMISS**
                                         )
14  TRANS UNION, LLC, EXPERIAN           )
    INFORMATION SOLUTIONS, INC.,         )
15  EQUIFAX INFORMATION SERVICES,        )  Date:         February 12, 2008
    LLC, and CAPITAL ONE BANK, a         )  Time:         9:30 p.m.
16  national association,                )  Courtroom: 11
                                         )
17              Defendants.              )
                                         )
18                                       )  Honorable Martin J. Jenkins
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23  ─────────────────────────────────── )

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING DEFENDANT CAPITAL ONE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

The Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by defendant Capital One Bank ("Capital One"), in the above-captioned action came on for hearing on February 12, 2008, at 9:30 a.m. in Courtroom 11 of the above-entitled Court, the Honorable Martin J. Jenkins presiding. Appearances were as stated in the record.

After consideration of the pleadings, briefs and oral argument presented, as well as all other matters presented to the Court, and good cause having been shown, the Court GRANTS defendant Capital One's Motion to Dismiss pursuant to Rule 12(b)(6).

**BACKGROUND**

Plaintiff Emelia M. Pasternak alleges that she was a victim of identity theft. Plaintiff alleges that the identity thief used her information to apply for, and obtain credit cards in Plaintiff's name from Capital One, as well as other credit card issuers, and that Capital One continued to collect on the debt without conducting a diligent investigation after Plaintiff notified it that she was a victim of identity theft. Plaintiff filed this action on September 26, 2007 and filed a First Amended Complaint ("FAC") on December 7, 2007.

Plaintiff's First Amended Complaint attempts to state three causes of action against Capital One. The first is for violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(b). The second is for violation of California Civil Code § 1798.92. The third is a common law malicious prosecution claim. This Court

///

- 1 -

1    has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the state law and

2    common law claims against Capital One.

3

4        Defendant Capital One has now moved to dismiss the FAC.

5

6        **LEGAL STANDARD**

7        Under Federal Rule of Civil Procedure 12(b)(6), a district court must

8    dismiss a complaint if it fails to state a claim upon which relief can be granted.  The

9    Court must assume that the plaintiff's allegations are true.  *See Usher v. City of Los*

10   *Angeles*, 828 F. 2d 556, 561 (9th Cir. 1987).

11

12       **ANALYSIS**

13       In the FAC, Plaintiff alleges that Capital One issued a credit card to the

14   identity thief in Plaintiff's name, and subsequently continued to collect on the debt

15   without conducting a diligent investigation after Plaintiff notified it that she was a

16   victim of identity theft.  Capital One moves to dismiss all claims against it.

17

18   **I.        Third Cause of Action: Violation of 15 U.S.C. 1681s-2(b)**

19

20       Plaintiff's third cause of action attempts to state a claim for violation of

21   the FCRA against Capital One.  15 U.S.C. § 1681s-2(b).  Capital One argues that

22   Plaintiff's section 1681s-2(b) claim is defective because the facts alleged are

23   insufficient to sustain a cause of action under the statute.  Under the U.S. Supreme

24   Court's recent reading of Rule 8(a)(2), Plaintiff's claims under 15 U.S.C. 1691s-2(b)

25   are not well-pleaded and should be dismissed.  *Bel Atlantic Corp. v. Twombley,* 127 S.

26   Ct. 1955 (2007).  Plaintiff's allegations are a "formulaic recitation of the elements,"

27   which the Supreme Court has found unacceptable. *Bell Atlantic*, 127 S. Ct. at 1964-

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER GRANTING CAPITAL ONE BANK'S MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   65.  Merely alleging that a defendant has violated a statute does not show a plausible

2   "entitled to relief."  *Id.*  Indeed, Plaintiff failed to even specify any information as to

3   the nature of the "inaccurate information" that Capital One has allegedly failed to

4   modify, delete or permanently block.  Moreover, Plaintiff's claims fail because the

5   factual allegations are also insufficient to support Capital One's willful non-

6   compliance with the FCRA.  *Howard v. Blue Ridge Bank*, 371 F. Supp. 2d 1139, 1143

7   (N.D. Cal. 2005).

8

9        The Court, therefore, DISMISSES Plaintiff's section 1681s-2(b) claim.

10

11   **II.    Fifth Cause of Action: Violation of California Civil Code § 1798.92**

12

13        The FCRA contains an express preemption clause, which states in

14   pertinent part: "No requirement or prohibition may be imposed under the laws of any

15   State (1) with respect to the subject matter regulated under …(F) section 1681s-2 of

16   this title, relating to the responsibilities of persons who furnish information to

17   consumer reporting agencies."  15 U.S.C. § 1681t(b)(1)(F).

18

19        California Civil Code section 1798.92 concerns duties of a claimant

20   when a consumer notifies the claimant of the alleged identity theft.  Cal. Civ. Code §

21   1798.92.  This section tracks the prohibitions under section 1681s-2(a)(6).  Similarly,

22   the conduct which forms the basis of a violation of section 1798.92 also implicates

23   section 1681m(f) of the FCRA.  Section 1681t(b)(F) specifically preempts state laws

24   with respect to conduct required under section 1681m(f).

25

26        Accordingly, the Court GRANTS Capital One's motion to dismiss

27   Plaintiff's claim for violation of California Civil Code section 1798.92.

28

[PROPOSED] ORDER GRANTING CAPITAL ONE BANK'S MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    **III.    Sixth Cause of Action: Malicious Prosecution**

2

3    Plaintiff also alleges a claim for malicious prosecution based on an

4 earlier action filed by Capital One and its collection attorneys, Patenaude & Felix, in

5 California state court.  Plaintiff alleges that the earlier action was dismissed by Capital

6 One.

7

8    In order to establish a malicious prosecution claim, the plaintiff must

9 establish: (1) a favorable termination; (2) on the merits; (3) the lawsuit was brought

10 without probable cause; and (4) the lawsuit was initiated with malice.  *Contemporary*

11 *Servs. Corp. v. Staff Pro. Inc.*, 2007 WL 1829341, *8 (Cal. App. June 27, 2007);

12 *Robbins v. Blecher*, 52 Cal. App. 4th 886, 893 (1997).

13

14    Defendant Capital One argues that a dismissal does not constitute a

15 favorable termination on the merits and that the termination "must reflect the merits of

16 the action and the plaintiff's innocence of the misconduct alleged in the lawsuit."

17 *Pender v. Radin*, 23 Cal. App. 4th 1807, 1814 (1994); *Sierra Club Found. v. Graham*,

18 72 Cal. App. 4th 1135, 1148-49 (1999); *Chauncey v. Neims*, 182 Cal. App. 3d 967,

19 978 (1986).  Since Plaintiff only alleges that Capital One dismissed the action and

20 provides no other allegations regarding a determination of the merits of the case or of

21 Plaintiff's innocence, Plaintiff cannot satisfy the requirement of a favorable

22 termination on the merits.

23

24    Since Plaintiff cannot establish a favorable termination on the merits,

25 which is required to bring a malicious prosecution claim, the Court DISMISSES

26 Plaintiff's malicious prosecution claim.

27

28

- 4 -

1

## **CONCLUSION**

2     For the foregoing reasons and for good cause shown, the Court hereby

3   GRANTS in its entirety defendant Capital One's Motion to Dismiss the First

4   Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil

5   Procedure and the First Amended Complaint is DISMISSED WITH PREJUDICE in

6   its entirety and without leave to amend.

7

8       IT IS SO ORDERED.

9

10  DATED: _____   _____

11                                   Honorable Martin J. Jenkins
                                     United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING CAPITAL ONE BANK'S MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071-1514.  On January 8, 2008, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING CAPITAL ONE BANK'S MOTION TO DISMISS**

☒    On the recipients designated on the Transaction Receipt located on the CM/ECF website.

☒    **FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 8, 2008 at Los Angeles, California.

/s/ Davina Bernal
Davina Bernal

Proof of Service