1  Abraham J. Colman (SBN 146933)
   Felicia Y. Yu (SBN 193316)
2  Veronica Kuiumdjian (SBN 244825)
   REED SMITH LLP
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
4  Telephone: 213.457.8000
   Facsimile: 213.457.8080
5
6  Attorneys for Defendant
   Capital One Bank
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11 EMELIA M. PASTERNAK,                ) No.: CV 07 4980 MJJ
                                       )
12                 Plaintiff,          ) **REQUEST FOR TELEPHONIC**
                                       ) **APPEARANCE AT CASE**
13         vs.                         ) **MANAGEMENT CONFERENCE ON**
                                       ) **BEHALF OF DEFENDANT**
14 TRANS UNION, LLC, EXPERIAN          ) **CAPITAL ONE BANK;**
   INFORMATION SOLUTIONS, INC.,        ) **DECLARATION OF VERONICA**
15 EQUIFAX INFORMATION SERVICES,       ) **KUIUMDJIAN IN SUPPORT;**
   LLC, and CAPITAL ONE BANK, a        ) **[PROPOSED] ORDER**
16 national association,               )
                                       )
17                 Defendants.         )
                                       ) Date:    January 15, 2008
18                                     ) Time:    2:30 p.m.
                                       ) Courtroom: 11
19                                     )
                                       )
20                                     )
                                       ) Honorable Martin J. Jenkins
21                                     )
                                       )
22                                     )
                                       )
23                                     )
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Capital One Bank, ("Capital One"), respectfully requests that it be permitted to appear telephonically at the Case Management Conference on January 15, 2008, at the hour of 2:00 p.m., in Courtroom 11 of the above entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Martin J. Jenkins, presiding.

Defendant Capital One Bank's counsel of record has her office in Los Angeles, California. Significant travel cost and related expenses would be incurred in order to appear in person at the Case Management Conference. Capital One is prepared to participate fully be telephone if permitted. It is respectfully submitted that good cause exists to allow Capital One Bank's counsel to appear telephonically.

DATED: January 8, 2008.

                REED SMITH LLP

                By  /s/ Veronica Kuiumdjian
                    Abraham J. Colman
                    Felicia Y. Yu
                    Veronica Kuiumdjian
                    Attorneys for Defendant
                    Capital One Bank

# DECLARATION OF VERONICA KUIUMDJIAN

I, Veronica Kuiumdjian, hereby declare as follows:

1. I am an attorney at law duly admitted to practice before all the courts of this state and a member of the law firm of Reed Smith, LLP, attorneys for Capital One Bank. The facts set forth in this Declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. My law office is located in Los Angeles, California. In order for me to attend the Case Management Conference on January 15, 2008, it would be necessary for me to incur the costs of lodging and airfare as well as numerous hours of attorney time. The alternative of telephonic participation in the hearing would be far more economic.

3. I can be reached at (213) 457-8052.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of January, 2008, at Los Angeles, California.

By   /s/ Veronica Kuiumdjian
         Veronica Kuiumdjian

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071-1514.  On January 8, 2008, I served the following document(s) by the method indicated below:

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE ON BEHALF OF DEFENDANT CAPITAL ONE BANK; DECLARATION OF VERONICA KUIUMDJIAN IN SUPPORT; [PROPOSED] ORDER**

☒  On the recipients designated on the Transaction Receipt located on the CM/ECF website.

☒  **FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 8, 2008 at Los Angeles, California.

/s/ Davina Bernal
Davina Bernal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association,<br><br>　　　　Defendants. | No.: CV 07 4980 MJJ<br><br>**[PROPOSED] ORDER GRANTING CAPITAL ONE BANK'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　　January 15, 2008<br>Time:　　2:30 p.m.<br>Courtroom: 11<br><br>Honorable Martin J. Jenkins |

1 | The request of Defendant Capital One Bank to appear telephonically through its counsel of record at the Case Management Conference on January 15, 2008, has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Capital One Bank may appear telephonically through its counsel at the Case Management Conference on January 15, 2008, at 2:00 p.m.

DATED: _____     _____
                                    Honorable Martin J. Jenkins
                                    United States District Court Judge

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On January 8, 2008, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING CAPITAL ONE BANK'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

☒ <u>On the recipients designated on the Transaction Receipt located on the CM/ECF website.</u>

☒ **<u>FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.</u>**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 8, 2008 at Los Angeles, California.

/s/ Davina Bernal
Davina Bernal

H:\Pasternak - Proposed Order re request for telephonic app.doc