1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | **Emelia M. Pasternak,** | **Case No. 07-04980 MJJ** |
   |---|---|
   | **Plaintiff,**<br>v.<br>**Trans Union, LLC, et al.,**<br>**Defendant.** | **REQUEST BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:     January 15, 2008<br>Time:    2:00 p.m.<br>Judge:   Honorable Martin J. Jenkins<br>**Ctrm:   11, 19th Floor** |

1   Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests that it
2   be permitted to appear telephonically at the Initial Case Management Conference, scheduled for
3   January 15, 2008, at 2:00 p.m.
4   During the week of January 15, Experian's counsel of record, David Wallach, will be in
5   Florida helping a family member recover from surgery.  Experian's co-counsel, Cindy Andrew,
6   has her offices in Dallas, Texas, and will incur significant travel costs in appearing in person at
7   the Initial Case Management Conference.  For these reasons, Experian seeks leave to appear
8   telephonically.

9   Dated: January 8, 2008                    Respectfully submitted,
10                                             Jones Day

12                                             By:  /s/David L. Wallach
13                                                    David L. Wallach

14                                             Counsel for Defendant
                                               EXPERIAN INFORMATION SOLUTIONS,
15                                             INC.

16   SFI-576641v1

1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Emelia M. Pasternak,** | **Case No. 07-04980 MJJ** |
| **Plaintiff,** | **[PROPOSED] ORDER GRANTING REQUEST BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **Trans Union, LLC, et al.,** | |
| **Defendant.** | |

[Proposed] Order Granting Experian's
Request to Appear Telephonically
Case No. 07-04980 MJJ

1  Having reviewed the request of counsel for Defendant Experian Information Solutions,
2  Inc. ("Experian"), and good cause appearing,
3  IT IS HEREBY ORDERED THAT counsel for Defendant Experian may appear
4  telephonically at the Initial Case Management Conference on January 15, 2008.

6  Dated: January __, 2008

8  By: _____
   The Honorable Martin J. Jenkins

SFI-576643v1