**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)

Attorneys for Defendant TRANS UNION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK, <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, <br><br> Defendant. | Case No. 3:07-cv-04980-MJJ <br><br> **DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:   January 15, 2008 <br> Time:   2:00 p.m. <br> Crtrm.:   11,19th Floor <br> Hon. Martin J. Jenkins |

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:**

Trans Union LLC ("Trans Union), by its undersigned counsel, and seeks leave of Court for its representative to telephonically attend the Initial Case Management Conference currently set for January 15, 2008 at 2:00 p.m.

Good cause exists to grant this request because Trans Union's counsel would be required to travel from Costa Mesa to San Jose, and Trans Union will incur significant travel costs and attorney's fees. Trans Union believes the objectives of the case management conference will be accomplished if Trans Union appears by telephone. See Declaration of Donald E. Bradley, filed herewith.

567250.1

DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: January 8, 2008 | MUSICK, PEELER & GARRETT LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Donald E. Bradley |
|   | | Attorneys for Defendant TRANS UNION LLC |

567250.1

2

**DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)

Attorneys for Defendant TRANS UNION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK, <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, <br><br> Defendant. | Case No. 3:07-cv-04980-MJJ <br><br> DECLARATION OF DONALD E. BRADLEY IN SUPPORT OF DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE <br><br> Date:  January 15, 2008 <br> Time:  2:00 p.m. <br> Crtrm.: 11, 19th Floor <br> Hon. Martin J. Jenkins |

I, DONALD E. BRADLEY, declare:

1.   I am an attorney licensed to practice in the State of California, and in the Northern District of California. I am a partner in Musick, Peeler & Garrett LLP, counsel of record for Defendant Trans Union LLC.

2.   I am lead trial counsel for Defendant Trans Union LLC in this case. I have personal knowledge of the facts stated herein.

3.   My office is located in the City of Costa Mesa, California. Thus, an in-person appearance at the case management conference would require significant travel time and expense and would be unduly burdensome on Trans Union, particularly given the preliminary stage of the proceedings.

567257.1

1      4.    I am informed and believe that the goals of the Case Management Conference can be accomplished with my telephonic attendance.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on this 8th day of January, 2008, at Costa Mesa, California.

By: _____
Donald E. Bradley
Declarant

567257.1

2

**DECLARATION OF DONALD E. BRADLEY IN SUPPORT OF DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK , <br><br>            Plaintiff, <br><br>     vs. <br><br> TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, <br><br>            Defendant. | Case No. 3:07-cv-04980-MJJ <br><br> **[PROPOSED] ORDER ON TRANS UNION'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:    January 15, 2008 <br> Time:   2:00 p.m. <br> Crtrm.:  11, 19th Floor <br>              Hon. Martin J. Jenkins |

The request of Defendant Tans Union LLC for its counsel to appear telephonically at the Initial Case Management Conference scheduled for January 15, 2008 at 2:00 p.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Trans Union LLC may appear telephonically at the Initial Case Management Conference scheduled for January 15, 2008 at 2:00 p.m.

DATED: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

567255.1

**[PROPOSED] ORDER ON TRANS UNION'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On January 9, 2008, I served the foregoing document(s) described as **TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY, DECLARATION OF DONALD E. BRADLEY, [PROPOSED] ORDER** on the interested parties in this action as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on January 9, 2008, at Costa Mesa, California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Karen S. Reisner

565766.1

## SERVICE LIST

| | |
|---|---|
| Andrew J. Ogilvie<br>Kemnitzer Anderson Barron Ogilvie & Brewer LLP<br>445 Bush Street, 6th Floor<br>San Francisco, CA 94108<br>Phone: (415) 861-2265<br>Fax: (415) 861-3151<br>ajogil@kaboblaw.com | Thomas P. Quinn<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Phone: (949) 376-3055<br>Fax: (949) 376-3070<br>yhoman@nokesquinn.com |
| David L. Wallach<br>Jones Day<br>555 California St.<br>San Francisco, CA 94105<br>Phone: (415) 626-3939<br>Fax: (415) 875-5700<br>dwallach@jonesday.com | Veronica Kuiumdjian<br>Reed Smith LLP<br>355 So. Grand Ave., Ste. 2900<br>Los Angeles, CA 90071<br>Phone: (213) 457-8052<br>Fax: (213) 457-8080<br>vkuiumdjian@reedsmith.com |

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

565766.1

2