STEPHEN H. TURNER, SB# 89627
 E-Mail: turner@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
ROGER S. RAPHAEL, SB #111946
 E-Mail: raphael@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants Patenaude & Felix, APC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>  Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE BANK, a national association, and PATENAUDE & FELIX, APC, a law firm,<br><br>  Defendants. | CASE NO. 3:07-cv-04980 MJJ<br><br>The Hon. Martin J. Jenkins<br><br>**DECLARATION OF STEPHEN H. TURNER RE: AVAILABILITY FOR CASE MANAGEMENT CONFERENCE**<br><br>ACTION FILED:  September 26, 2007<br>TRIAL DATE:  N/A<br><br>Date:  January 15, 2008<br>Time:  2:00 p.m.<br>Dept:  11 |

I, STEPHEN H. TURNER, DO HEREBY DECLARE AS FOLLOWS:

   1.   I am an attorney duly licensed to practice law before all courts of the State of California, including the Northern District of California. I am a partner at Lewis Brisbois Bisgaard & Smith, attorneys of record for defendants Patenaude & Felix, APC I make this declaration of my own personal knowledge and if called upon to testify could and would competently testify to the facts set forth herein.

///

2. My office has two partners assigned to work on the instant matter, myself and Roger Raphael. It is our intention that both Mr. Raphael and myself will be lead trial counsel with respect to the instant matter.

3. In light of the fact that my office is located in Los Angeles, California, an in person appearance at the case management conference would require a significant expenditure of time and fees and would unduly burden Patenaude & Felix, APC.

4. I am informed and believe that Roger Raphael, whose office is located in San Francisco, will appear in person at the Case Management Conference. However, should the court request that I be present as well, I would be happy to make myself available by telephone for a telephonic appearance.

5. I am informed and believe that the objectives of the Case Management Conference will be reached through Mr. Raphael's attendance.

I declare under the penalties of perjury, under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on ___ day of January, 2008 at Los Angeles, California.

_____
Stephen H. Turner

## CERTIFICATE OF SERVICE

I certify that on the 9th Day of January, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew J. Ogilvie, Esq.
Kennitzer, Anderson, Barron, Ogilvie & Brewer, LLP
Attorneys for Plaintiff

By:   /s/ Stephen H. Turner