1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  EMELIA M. PASTERNAK,                )  Case No:   3:07-cv-04980 MJJ
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )
                                        )  **REQUEST BY DEFENDANT EQUIFAX**
14  TRANS UNION, LLC, EXPERIAN          )  **INFORMATION SERVICES LLC TO**
    INFORMATION SOLUTIONS,INC.,         )  **APPEAR TELEPHONICALLY AT**
15  EQUIFAX INFORMATION SERVICES,       )  **INITIAL CASE MANAGEMENT**
    LLC. And CAPITAL ONE BANK, a national )  **CONFERENCE; [PROPOSED] ORDER**
16  association,                        )
                                        )
17              Defendants              )
                                        )  Date:      January 15, 2008
18                                      )  Time:      2:00 p.m.
                                        )  Ctrm:      11, 19th Floor
19                                      )             Hon. Martin J. Jenkins
                                        )
20  _____)

21

22        **TO THE HONORABLE COURT AND TO ALL ATTORNEYS OF RECORD:**

23        Defendant EQUIFAX INFORMATION SERVICES respectfully requests that it be

24  permitted to appear telephonically at the Initial Case Management Conference, scheduled for

25  January 15, 2008, at 2:00 p.m.

26        Defendant EQUIFAX'S counsel of record has his office in Laguna Beach, California.

27  Significant travel cost and related expense would be incurred in order to appear in person at the

28

                                    - 1 –

                    EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY AT
                    INITIAL CASE MANAGEMENT CONFERENCE
                                    Case No: 3:07-cv-04980 MJJ

1  Initial Case Management Conference.  As such, it is submitted that good cause exists to allow

2  EQUIFAX'S counsel to appear telephonically.

3                                          Respectfully submitted,

4                                          NOKES & QUINN

5

6  Dated:  January 8, 2008            _____/s/_____

7                                          THOMAS P. QUINN, JR.
                                           Attorneys for Defendant EQUIFAX
8                                          INFORMATION SERVICES LLC

9

10

11                              **ORDER**

12

13       Having reviewed the request of counsel for Defendant Equifax herein, and good cause

14  appearing therefor,

15       IT IS HEREBY ORDERED THAT counsel for Defendant Equifax may appear

16  telephonically.

17

18  DATED: ___1/9/2008_____    _____

19                                          HON. MARTIN J. JENKINS, JUDGE
                                           UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY AT
INITIAL CASE MANAGEMENT CONFERENCE
Case No: 3:07-cv-04980 MJJ