REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association,<br><br>    Defendants. | No.: CV 07 4980 MJJ<br><br>**[~~PROPOSED~~] ORDER GRANTING CAPITAL ONE BANK'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:      January 15, 2008<br>Time:      2:30 p.m.<br>Courtroom: 11<br><br>Honorable Martin J. Jenkins |

1  The request of Defendant Capital One Bank to appear telephonically through its
2  counsel of record at the Case Management Conference on January 15, 2008, has been
3  duly considered by the Court and good cause appearing therefore,
4  **IT IS HEREBY ORDERED** that Defendant Capital One Bank may appear
5  telephonically through its counsel at the Case Management Conference on January 15,
6  2008, at 2:00 p.m.

7
8  DATED: __1/9/2008_____     _____/s/ Martin J. Jenkins_____
9                                   Honorable Martin J. Jenkins
                                    United States District Court Judge

- 1 -
[~~PROPOSED~~] ORDER GRANTING CAPITAL ONE BANK'S REQUEST FOR TELEPHONIC
APPEARANCE AT CASE MANAGEMENT CONFERENCE

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On January 8, 2008, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING CAPITAL ONE BANK'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

☒ On the recipients designated on the Transaction Receipt located on the CM/ECF website.

☒ **FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 8, 2008 at Los Angeles, California.

/s/ Davina Bernal
Davina Bernal

H:\Pasternak - Proposed Order re request for telephonic app.doc