David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Emelia M. Pasternak,** | **Case No. 07-04980 MJJ** |
| **Plaintiff,** | **[PROPOSED] ORDER GRANTING REQUEST BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| **Trans Union, LLC, et al.,** | |
| **Defendant.** | |

Having reviewed the request of counsel for Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing,

IT IS HEREBY ORDERED THAT counsel for Defendant Experian may appear telephonically at the Initial Case Management Conference on January 15, 2008.

Dated: January 9, 2008

By: /s/ Martin J. Jenkins
The Honorable Martin J. Jenkins

SFI-576643v1