**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK, | Case No. 3:07-cv-04980-MJJ |
| Plaintiff, | [PROPOSED] ORDER ON TRANS UNION'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| vs. | |
| TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, | Date:  January 15, 2008<br>Time:  2:00 p.m.<br>Crtrm.: 11, 19th Floor<br>Hon. Martin J. Jenkins |
| Defendant. | |

The request of Defendant Tans Union LLC for its counsel to appear telephonically at the Initial Case Management Conference scheduled for January 15, 2008 at 2:00 p.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Trans Union LLC may appear telephonically at the Initial Case Management Conference scheduled for January 15, 2008 at 2:00 p.m.

DATED: 1/9/2008

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

567255.1

[PROPOSED] ORDER ON TRANS UNION'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE