**FILED**
JAN 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK, | Case No. 3:07-CV-04980 |
| Plaintiff, | PROPOSED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| TRANS UNION, LLC, et al., | |
| Defendants. | |

Lucinda W. Andrew, an active member in good standing of the State Bar of Texas whose business address is 2727 North Harwood Street, Dallas, Texas 75201, (214) 220-3939, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Experian Information Solutions, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/10/08

Martin J. Jenkins
United States Judge

DLI-6165243v1

Proposed Order Granting Application for
Admission of Attorney *Pro Hac Vice*