IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

DATE: **January 15, 2008**          [**2:30pm - 2:53pm**]          Court reporter: **Not reported**

Case Number:          **C07-04980 MJJ**

Case Name:          **EMELIA M. PASTERNAK**          v.          **TRANS UNION**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Andrew Olgilvie | Don Bradley, Thomas Quinn, Michael Douglas, Felicia Yu, Lucinda Andrew |

TYPE OF HEARING:          **Case Management Conference**

ORDER TO BE PREPARED BY:          Plntf ()   Deft ()   Joint ()   Court (**x**)

CASE CONTINUED TO:   **February 5, 2008 at 2:00 pm**          for          **Telephone Status Conference**
(**Plaintiff to initiate call**)
**August 19, 2008 at 2:00 pm**          for          **Further Status Conference**

Discovery Cut-Off: **9/5/2008**     Expert Discovery Cut-Off: **Court reserves right to set**

Parties to Name Experts by:          Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:          Reports:

Dispositive Motion shall be heard by:   **10/7/2008**

Pre-Trial Conference Date:          **November 25, 2008**   at 3:30 p.m.

Trial Date:   **December 1, 2008** at 8:30 a.m.   Set for **3-6** days
          Type of Trial:   (**X**)Jury     ( )Court

Notes:   **Parties shall submit a stipulation if defendant, Patenaude & Felix A.P.C. is in agreement with the pretrial dates and the telephone conference will be vacated. If they disagree, the telephone conference will go forward.**

          **Status conference statement due at least 5 days prior to the status conference**

cc: