Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al,<br><br>Defendants. | Case No. 3:07-cv-04980-MJJ<br><br>PROOF OF SERVICE |

*Pasternak v. Trans Union LLC*, ND Cal., case no. 3:07-cv-04980 MJJ
Proof of Service

1

| RETURN OF SERVICE | 3:07-CV-04980 MJJ |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>12-24-07  12:20 pm |
| Name of SERVER (PRINT)<br>Robert K. Giddens, San Diego Co. #1371 | TITLE<br>Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☑ Other *(specify)*:
Served Patenaude & Felix APC by substitute service by serving Vernessa Escalante - Assistant at 4545 Murphy Canyon Road, Suite 300, San Diego, CA 92123.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   January 16, 2008
                    Date

*Signature of Server*

1537 Fourth St, PMB 152, San Rafael, CA
94901    415-457-2704
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# CASE NO: 3:07-CV-04980 MJJ

## DOCUMENTS SERVED:

AMENDED SUMMONS, FIRST AMENDED COMPLAINT, COMPLAINT, CIVIL COVER SHEET, FILING GUIDELINES, NOTICE OF AVAILABILTY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE AND SUMMONS, WAIVER OF SERVICE OF SUMMONS, ORDER SETTING INITIAL CMC AND ADR DEADLINES, STANDING ORDER, ECF REGISTRATION INFO HANDOUT, STIP TO PERMIT PLAINTIFF TO FILE FAC

## DECLARATION OF MAILING, Case No. 3:07-CV-04980 MJJ

I, Matthew Anderson, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California.

My business address is 1537 Fourth St, PMB 152, San Rafael, CA 94901.

On December 26, 2007 I mailed from San Rafael, CA the following documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service by first class mail with the postage prepaid:

```
AMENDED SUMMONS, FIRST AMENDED COMPLAINT, COMPLAINT, CIVIL COVER
SHEET, FILING GUIDELINES, NOTICE OF AVAILABILTY OF MAGISTRATE
JUDGE TO EXERCISE JURISDICTION, NOTICE OF LAWSUIT AND REQUEST FOR
WAIVER OF SERVICE AND SUMMONS, WAIVER OF SERVICE OF SUMMONS,
ORDER SETTING INITIAL CMC AND ADR DEADLINES, STANDING ORDER, ECF
REGISTRATION INFO HANDOUT, STIP TO PERMIT PLAINTIFF TO FILE FAC
```

The envelope was addressed and mailed as follows:

> PATENAUDE & FELIX APC
> 4545 MURPHY CANYON ROAD, SUITE 300
> SAN DIEGO, CA 92123
> ATTN: RAYMOND PATENAUDE – Registered Agent for Service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 26, 2007

_____
Matthew Anderson

4