# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

ROGER S. RAPHAEL
DIRECT DIAL: 415.438.6624
E-MAIL: raphael@lbbslaw.com

January 31, 2008

FILE NO.
24799-177

Andrew J. Ogilvie, Esq.
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108

Re: *Emilia M. Pasternak v. Trans Union, LLC, et al.*
United States District Court, Northern District No. 3:07-CV 04980 MJJ

Dear Mr. Ogilvie:

This will confirm or telephone conversation of January 29. Our clients, Patenaude & Felix, APC are willing to accept the current pretrial order without another status conference. Should some of the restrictions in the current order, e.g. the limitation percipient witness depositions, become a matter of greater concern, we may seek leave of Court to modify the order.

We have confirmed with the Court that the February 5 status conference should be taken off calendar.

Please do not hesitate to call if you have any questions.

Very truly yours,

*/s/ Roger Raphael*

Roger S. Raphael of
LEWIS BRISBOIS BISGAARD & SMITH LLP

RSR:rpn

cc: Monica Narcissi, Courtroom Clerk
    All Counsel

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

4830-8147-2258.1