IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMELIA M. PASTERNAK,

        Plaintiff(s),

  v.

TRANS UNION,

        Defendant(s),

No. C07-04980 MJJ

Clerk's Notice

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Defendant's Motion to Dismiss** hearing to **Wednesday, February 20, 2008 at 10:00 am** before the Honorable Martin J. Jenkins. The hearing scheduled for February 12, 2008, is hereby **vacated.**

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   February 6, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _MNarcisse_
   Monica Narcisse
   Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.