1  STEPHEN H. TURNER, SB# 89627
   E-Mail: turner@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250-1800
4  Facsimile: (213) 250-7900

5  ROGER S. RAPHAEL, SB #111946
   E-Mail: raphael@lbbslaw.com
6  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
7  San Francisco, California 94104
   Telephone: (415) 362-2580
8  Facsimile: (415) 434-0882

9

   Attorneys for Defendant Patenaude & Felix, APC
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13  EMELIA M. PASTERNAK,              ) CASE NO. 3:07-cv-04980 MJJ

14              Plaintiff,            ) The Hon. Martin J. Jenkins

15      v.                           )
                                     ) **PATENAUDE & FELIX, APC'S**
16  TRANS UNION, LLC, EXPERIAN       ) **NOTICE OF CONTINUATION OF**
    INFORMATION SOLUTIONS, INC.,     ) **HEARING ON ANTI-SLAPP**
17  EQUIFAX INFORMATION              ) **MOTION**
    SERVICES, LLC, CAPITAL ONE       )
18  BANK, a national association, and )
    PATENAUDE & FELIX, APC, a law    )
19  firm,                            )

20              Defendants.          ) Date:    March 18, 2008
                                     ) Time:    9:30 a.m.
21  ─────────────────────────────── ) Dept:    11

22  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR

23  RESPECTIVE COUNSEL OF RECORD:

24          PLEASE TAKE NOTICE THAT, the hearing on defendant Patenaude & Felix,

25  APC's, special motion to strike Plaintiff's complaint pursuant to California Code of

26  Civil Procedure, section 425.16, originally set for March 11, 2008, will now be heard

27  on March 18, 2008, at 9:30 a.m. in department 11 of the above entitled court.

28  / / /

4818-2744-2434.1
─────────────────────────────────────────────────────────
NOTICE OF CONTINUATION OF HEARING ON ANTI-SLAPP MOTION

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1   The continuance of defendant's special motion to strike was agreed upon after

2   defendant met and conferred with Plaintiff's counsel.  Plaintiff's counsel agreed that

3   the instant continuance would not prejudice defendant's rights under section

4   425.16(f) of the statute, which provides that a special motion to strike must be heard

5   within 30 days of the service of the motion.

6

7   DATED: February _8_, 2008        STEPHEN H. TURNER
                                     LEWIS BRISBOIS BISGAARD & SMITH LLP
8

9

10                                   By _____
                                     Stephen H. Turner
11                                   Attorneys for Defendant Patenaude & Felix,
                                     APC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4818-2744-2434.1

NOTICE OF CONTINUATION OF HEARING ON ANTI-SLAPP MOTION

1

## CERTIFICATE OF SERVICE

2     I certify that on the 8th day of February, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and
3     transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4     Andrew J. Ogilvie, Esq.
      Attorney for Plaintiff Emelia M. Pasternak
5

6     Thomas P. Quinn, Esq.
      Attorney for Defendant Equifax
7

8     Donald E. Bradley, Esq.
      Attorney for Defendant Trans Union
9

10    David L. Wallach, Esq.
      Attorney for Defendant Experian
11

12    Veronica Kuiumdjian, Esq.
      Attorney for Defendant Capital One Bank
13

14    By:    /s/ Stephen H. Turner

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4838-6777-2930.1

NOTICE OF CONTINUATION OF HEARING ON ANTI-SLAPP MOTION