STEPHEN H. TURNER, SB# 89627
E-Mail: turner@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
ROGER S. RAPHAEL, SB #111946
E-Mail: raphael@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants Patenaude & Felix, APC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE BANK, a national association, and PATENAUDE & FELIX, APC, a law firm,<br><br>Defendants. | CASE NO. 3:07-cv-04980 MJJ<br><br>The Hon. Martin J. Jenkins<br><br>**NOTICE OF WITHDRAWAL OF ANTI-SLAP MOTION**<br><br>ACTION FILED:   September 26, 2007<br>TRIAL DATE:   N/A |

TO THE COURT AND TO THE PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that defendant Patenaude & Felix, APC, hereby withdraws its Anti-Slap motion.

DATED: February 25, 2008          STEPHEN H. TURNER
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By: /s/ Stephen H. Turner

4840-6418-8162.1                  -1-

CERTIFICATE OF SERVICE

I certify that on the 25th day of February, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew J. Ogilvie, Esq.
Attorney for Plaintiff Emelia M. Pasternak

Thomas P. Quinn, Esq.
Attorney for Defendant Equifax

Donald E. Bradley, Esq.
Attorney for Defendant Trans Union

David L. Wallach, Esq.
Attorney for Defendant Experian

Veronica Kuiumdjian, Esq.
Attorney for Defendant Capital One Bank

By: ___/s/ Stephen H. Turner

4840-6418-8162.1