1  Thomas P. Quinn
   Nokes & Quinn
2  450 Ocean Ave.
3  Laguna Beach, CA  92651
   Tel: (949) 376-3055
4  Fax:  (949) 376-3070
5  E-mail:  tquinn@nokesquinn.com

6  Cara Hergenroether, Esq.
   King & Spalding LLP
7  1180 Peachtree Street N.E.
8  Atlanta, GA  30309-3521
   Tel: (404) 215-5796
9  Fax: (404) 572-5100
10 Email: CHergenroether@kslaw.com
   Attorneys for Defendant EQUIFAX
11 INFORMATION SERVICES, LLC

12
              IN THE UNITED STATES DISTRICT COURT
13            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 EMELIA M. PASTERNAK,           )
                                  )
16        Plaintiff,              )   Case No. 3:07-CV-04980-CW
                                  )
17 vs.                            )   ***APPLICATION FOR ADMISSION***
                                  )   ***OF ATTORNEY PRO HAC VICE***
18                                )
                                  )
19 TRANS UNION, LLC, EXPERIAN     )
   INFORMATION SOLUTIONS, INC.,   )
20 EQUIFAX INFORMATION SERVICES,  )
21 LLC. and CAPITAL ONE BANK, a   )
   national association,          )
22        Defendants.             )
                                  )
23 _____)

24
        Pursuant to Civil L.R. 11-3, Cara Hergenroether, an active member in good standing of
25
   the bar of Georgia, hereby applies for admission to practice in the Northern District of California
26
   on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled
27
   action.
28

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA  92651
Tel:  (949) 376-3055
Fax:  (949) 376-3070
E-mail:  tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14th, 2008.

By: *Cara Hergenroether*
Cara Hergenroether, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA  30309-3521
Tel: (404) 215-5796
Fax: (404) 572-5100
CHergenroether@kslaw.com
Attorneys for Equifax Information Services LLC

# CERTIFICATE OF SERVICE

PASTERNAK v TRANS UNION, et al, CASE NO: 3:07-cv-04980 CW

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On April 16, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on April 16, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

CERTIFICATE OF SERVICE
3:07-cv-04980 CW

# SERVICE LIST

PASTERNAK v TRANS UNION, et al, CASE NO: 3:07-cv-04980 CW

**Andrew Jones Ogilvie**
Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Tel: (415) 861-2265
Fax: (415) 861-3151
Email: ajogil@kabolaw.com
Attorneys for Plaintiff EMELIA PASTERNAK

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Tel: 714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com
Attorneys for Defendant TRANS UNION LLC

**David L. Wallach**
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: 415-875-5827
Fax: 415-875-5700
Email: dwallach@jonesday.com
Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

**Lucinda Warnett Andrew** [Pro Hac Vice]
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939
Fax: (214) 969-5100
Email: candrew@jonesday.com
Co-Counsel for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

CERTIFICATE OF SERVICE
3:07-cv-04980 CW

| | |
|---|---|
| 1 | **Veronica Kuiumdjian** |
| 2 | Reed Smith LLP |
|   | 355 South Grand Avenue, Suite 2900 |
| 3 | Los Angeles, CA 90071 |
|   | Tel: 213-457-8052 |
| 4 | Fax: 213-457-8080 |
| 5 | Email: kuiumdjian@reedsmith.com |
|   | Attorneys for Defendant CAPITAL ONE BANK |
| 6 | |
|   | **Stephen H. Turner** |
| 7 | **Brian Slome** |
|   | Lewis Brisbois Bisgaard & Smith LLP |
| 8 | 221 N. Figueroa Street, Suite 1200 |
| 9 | Los Angeles, CA 90012 |
|   | Te;l: 213-680-5081 |
| 10 | Fax: 213-250-1800 |
|    | Email: turner@lbbslaw.com |
| 11 | Email: bslome@lbbslaw.com |
| 12 | Co-Counsel for Defendant PATENAUDE & FELIX A.P.C. |
| 13 | |
| 14 | **Roger Scott Raphael** |
|    | Lewis Brisbois Bisgaard & Smith |
| 15 | One Sansome Street, Suite 1400 |
|    | San Francisco, CA 94104-4431 |
| 16 | Tel: 415-362-2580 |
| 17 | Email: raphael@lbbslaw.com |
|    | Co-Counsel for Defendant PATENAUDE & FELIX A.P.C. |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

CERTIFICATE OF SERVICE
3:07-cv-04980 CW