STEPHEN H. TURNER, SB# 89627
E-Mail: turner@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

ROGER S. RAPHAEL, SB #111946
E-Mail: raphael@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Patenaude & Felix, APC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE BANK, a national association, and PATENAUDE & FELIX, APC, a law firm,<br><br>    Defendants. | CASE NO. 3:07-cv-04980 MJJ<br><br>The Hon. Claudia Wilken<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[Proposed] Order filed concurrently herewith |

Plaintiff Emelia Pasternak ("Plaintiff"), and DEFENDANT, Patenaude & Felix, APC, ("Defendant"), by and through their counsel of record hereby enter into this Stipulation of Dismissal With Prejudice with reference to the following recitals:

///

## RECITALS

A.   On September 26, 2007 Plaintiff filed the instant lawsuit against Defendant, amongst others.

B.   Plaintiff and Defendant have now entered into a confidential settlement agreement pursuant to which, among other things, the parties have agreed to dismiss this action with prejudice.

Based on the foregoing, Plaintiff and Defendant stipulate and agree as follows:

## STIPULATION

1.   The operative complaint against Defendant Patenaude & Felix, APC in the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2.   Each party shall bear his or its (as the case may be) own fees and costs incurred in this adversary proceeding.

Kemnitzer Anderson Barron Ogilvie & Brewer, LLP

Dated: April 28, 2008

_____
Andrew Jones Ogilvie, for
Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: 4/30/08

_____
Stephen H. Turner
Brian Slome
Attorneys for Defendant

4831-1405-8498.1

STIPULATED DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew J. Ogilvie, Esq.
Attorney for Plaintiff Emelia M. Pasternak

Thomas P. Quinn, Esq.
Attorney for Defendant Equifax

Donald E. Bradley, Esq.
Attorney for Defendant Trans Union

David L. Wallach, Esq.
Attorney for Defendant Experian

Veronica Kuiumdjian, Esq.
Attorney for Defendant Capital One Bank

By:   /s/ Stephen H. Turner

4811-2824-0898.1

STEPHEN H. TURNER, SB# 89627
E-Mail: turner@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

ROGER S. RAPHAEL, SB #111946
E-Mail: raphael@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Patenaude & Felix, APC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE BANK, a national association, and PATENAUDE & FELIX, APC, a law firm,<br><br>Defendants. | CASE NO. 3:07-cv-04980 MJJ<br><br>The Hon. Claudia Wilken<br><br>**[PROPOSED] ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE** |

Based on the above Stipulation, this Court hereby orders Plaintiff's Complaint against Defendant, Patenaude & Felix, APC, is to be and herewith is dismissed WITH prejudice in accordance with the terms of their settlement agreement.

4811-1770-0866.1
[PROPOSED] ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE

1 | **IT IS SO ORDERED**

5 | Dated: _____    By: _____
                                          District Court Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4811-1770-0866.1

[PROPOSED] ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew J. Ogilvie, Esq.
Attorney for Plaintiff Emelia M. Pasternak

Thomas P. Quinn, Esq.
Attorney for Defendant Equifax

Donald E. Bradley, Esq.
Attorney for Defendant Trans Union

David L. Wallach, Esq.
Attorney for Defendant Experian

Veronica Kuiumdjian, Esq.
Attorney for Defendant Capital One Bank

By:   /s/ Stephen H. Turner

4811-2824-0898.1