STEPHEN H. TURNER, SB# 89627
E-Mail: turner@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

ROGER S. RAPHAEL, SB #111946
E-Mail: raphael@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Patenaude & Felix, APC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE BANK, a national association, and PATENAUDE & FELIX, APC, a law firm,<br><br>Defendants. | CASE NO. 3:07-cv-04980 ~~MJJ~~ CW<br><br>The Hon. Claudia Wilken<br><br>~~[PROPOSED]~~ **ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE** |

Based on the above Stipulation, this Court hereby orders Plaintiff's Complaint against Defendant, Patenaude & Felix, APC, is to be and herewith is dismissed WITH prejudice in accordance with the terms of their settlement agreement.

4811-1770-0866.1

[PROPOSED] ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE

1 | **IT IS SO ORDERED**
2
3
4    5/9/08
5  Dated: _____     By: _[signature]_____
                                            District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4811-1770-0866.1

[PROPOSED] ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew J. Ogilvie, Esq.
Attorney for Plaintiff Emelia M. Pasternak

Thomas P. Quinn, Esq.
Attorney for Defendant Equifax

Donald E. Bradley, Esq.
Attorney for Defendant Trans Union

David L. Wallach, Esq.
Attorney for Defendant Experian

Veronica Kuiumdjian, Esq.
Attorney for Defendant Capital One Bank

By:   /s/ Stephen H. Turner

4811-2824-0898.1