Robert S. Sola
Robert S. Sola, P.C.
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Tel. 503/295-6880

**FILED**

**MAY 20 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Emelia M. Pasternak,

        Plaintiff(s),

    v.

Trans Union, LLC, et al.,

        Defendant(s).

CASE NO. 07 CV 04980 CW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert S. Sola, an active member in good standing of the bar of State of Oregon, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Emelia M. Pasternak in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Andrew J. Ogilvie, Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP, 445 Bush Street, Sixth Floor, San Francisco, CA 94108

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008

*(signed)* Robert S. Sola

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within entitled action; my business address is 445 Bush Street, Sixth Floor, San Francisco, California 94108. On May 19, 2008, I served

**Application for Admission of Attorney *Pro Hac Vice* and [Proposed] Order**

on the interested parties in this action as follows: **See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at San Francisco, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at San Francisco, California in the ordinary course of business for delivery to the addressee.

☐ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2008, at San Francisco, California

*[signature]*

Andrew J. Ogilvie

## SERVICE LIST

Donald E. Bradley, Esq.
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925

David L. Wallach
Jones Day
555 California St., 26th Flr.
San Francisco, CA 94104
Phone: (415) 875-5827
Fax: (415) 875-5700
dwallach@jonesday.com

Thomas P. Quinn
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Phone: (949) 376-3055
Fax: (949) 376-3070
yhoman@nokesquinn.com

Veronica Kuiumdjian
Reed Smith LLP
355 S. Grand Ave., Ste. 2900
Los Angeles, CA 90071
Phone: (213) 457-8052
Fax: (213) 457-8080
vkuiumdjian@reedsmith.com

Lucinda W. Andrew
Jones Day
2727 N. Harwood St.
Dallas, TX 75201
Phone: (214) 220-3939
Fax: (214) 969-5100
candrew@jonesday.com

Cara Hergenroether
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309