|   |   |   |
|---|---|---|
| 1 | | |
| 2 | **UNITED STATES DISTRICT COURT** | |
| 3 | Northern District of California | |
| 4 | | |
| 5 | | |
| 6 | Emelia M. Pasternak | CASE NO. 07 CV 04980 CW |
| 7 | Plaintiff(s), | (~~Proposed~~) ORDER GRANTING APPLICATION |
| 8 | v. | FOR ADMISSION OF ATTORNEY |
| 9 | Trans Union LLC, et al., | *PRO HAC VICE* |
| 10 | | |
| 11 | | |
| 12 | Defendant(s)._____/ | |

Robert S. Sola, an active member in good standing of the bar of the State of Oregon whose business address and telephone number (particular court to which applicant is admitted) is

Robert S. Sola, P.C.
8835 SW Canyon Lane, Suite 130
Portland, OR 97225      Tel. (503) 295-6880 Fax: (503) 291-9172 email: rssola@msn.com,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Emelia M. Pasternak.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: ~~May~~ JUN 1 0 2008 , 2008

_____
United States District    Judge



RECEIVED MAY 20 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

FILED JUN 10 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND