IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMELIA M. PASTERNAK,

     Plaintiff,

  v.

TRANS UNION LLC, et al.,

     Defendants.
                               /

No. C 07-04980 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendant Capital One Bank (USA), N.A.'s Motion for Protective Order to Preclude Production of Documents by Alexander Trueblood and for Order Quashing Plaintiff's Subpoena and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing previously set for July 24, 2008, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/18/08

                                               *Claudia Wilken*
                                               CLAUDIA WILKEN
                                               United States District Judge

cc: Wings; Assigned M/J w/mo.