UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>TRANS UNION LLC, et al.,<br><br>　　　　Defendant(s). | No. C07-4980 CW (BZ)<br><br>**ORDER SCHEDULING<br>TELEPHONIC CONFERENCE** |

　　　The defendants' motion for a protective order has been assigned to me.  **IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Thursday, July 3, 2008 at 10:00 a.m.** to:

　　　1.　Discuss the pending dispute.

　　　2.　Consider whether the dispute can be resolved, in all or in part, by the model protective order found on the court's website.

　　　3.　Consider whether it will be necessary to appoint a discovery referee.

　　　Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the

1 | telephonic conference call.
2 | Dated: June 26, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PASTERNAK V. TRANS UNION\TEL CONF ORDER 1.wpd

2