1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8            NORTHERN DISTRICT OF CALIFORNIA
9
10  EMILIA M. PASTERNAK,           )
                                   )
11            Plaintiff(s),        )      No. C07-4980 CW (BZ)
                                   )
12       v.                        )
                                   )      **SECOND DISCOVERY ORDER**
13  TRANS UNION LLC, et al.,       )
                                   )
14            Defendant(s).        )
                                   )
15  _____ )

16       Following a telephone conference at which the parties
17  were represented by counsel, **IT IS HEREBY ORDERED** as follows:
18       1.   The parties shall attempt to resolve their disputes
19  in accordance with the views expressed by the court.
20       2.   In the event the parties are unable to resolve their
21  disputes, plaintiff shall file an opposition to defendant
22  Capital One's motion for a protective order by **Monday,**
23  **July 14, 2008**.
24       3.   Capital One shall file a reply by no later than
25  **Friday, July 18, 2008**.
26       The court will take the matter under submission.  If a
27  hearing is necessary, it will occur on **Wednesday, July 23,**
28  **2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal

                              1

1 | Building, 450 Golden Gate Avenue, San Francisco, California
2 | 94102.
3 | Dated: July 3, 2008
4 |
5 | Bernard Zimmerman
   | United States Magistrate Judge
6 |
7 | G:\BZALL\-REFS\PASTERNAK V. TRANS UNION\SECOND DISCOVERY ORDER.wpd
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |