Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Robert S. Sola        *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association,<br><br>　　　　Defendants. | Case No. 4:07-cv-04980 CW<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[Local Rules 3-12 and 7-11] |

Plaintiff moves for administrative relief to have these cases deemed Related:

*Pasternak v. Trans Union et al.*, ND Cal. case no. 4:07-cv-04980 CW
*Pasternak v. Trans Union et al.*, ND Cal. case no. 3:08-cv-02972 MHP

Local Rule 3-12(a) provides that one action is related to another action when the actions concern substantially the same parties, property, transaction or event and it appears likely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. These cases meet that criteria.

The parties are identical: In both actions, Emelia M. Pasternak is the plaintiff and the defendants are Capital One Bank, Trans Union, Equifax and Experian.

The claims in both cases involve the theft of plaintiff's identity by an imposter who opened accounts in her name at Capital One Bank, Capital One Bank's continued efforts to collect the fraudulent account from Ms Pasternak even after it knew that the account had been opened fraudulently and its subsequent lawsuit against her, and the violations of the Fair Credit Reporting Act by all defendants.

In the first action, case 4:07-cv-04980 CW, Ms Pasterrnak alleged the violations she was aware of in late 2007. When defendants produced discovery materials in 2008, plaintiff discovered additional violations of the FCRA that had occurred before the filing of the first complaint but of which she was not aware. Additionally, she discovered several new violations that occurred after the filing of the original complaint. Plaintiff submitted a proposed Second Amended and Supplemental Complaint to defense counsel that set out these newly discovered and recent violations of the FCRA. Plaintiff asked defendants to stipulate to permitting plaintiff to file that pleading. Defendants refused.

1   Rather than burden the Court and counsel with a motion for leave to file the
2   proposed Second Amended and Supplemental Complaint and all the accompanying
3   motion papers, plaintiff filed a new action which is case no. 3:08-cv-02972 MHP.
4
5   Plaintiff has asked defendants to stipulate that these actions are related. Capital
6   One Bank agreed the cases are related, but the other defendants have not responded.

Dated: July 8, 2008          KEMNITZER, ANDERSON, BARRON,
                               OGILVIE & BREWER LLP
                                    and
                             ROBERT S. SOLA, P.C.


                             By _____/s/_____
                                    Andrew J. Ogilvie
                             Attorney for Plaintiff Emelia M. Pasternak

*Pasternak v. Trans Union, et al.*, ND Cal. case no. 3:07-cv-04980 CW
Motion for Administrative Relief re Related Cases                                    3

Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Robert S. Sola          *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association,<br><br>　　　　Defendants. | Case No. 4:07-cv-04980 CW<br><br>DECLARATION OF ANDREW J. OGILVIE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[Local Rules 3-12 and 7-11] |

I, Andrew J. Ogilvie, declare as follows:

*Pasternak v. Trans Union*, et al., ND Cal. case no. 3:07-cv-04980 CW
Dec. of Andrew J. Ogilvie in Support of Plaintiff's Motion for Administrative Relief re Related Cases     1

1. I am an attorney licensed to practice in California and admitted to practice before the United States District Court for the Northern District of California. I represent Emelia Pasternak, plaintiff in this action.

2. I make this declaration in support of plaintiff's motion for administrative relief to have the following actions deemed related:

   *Pasternak v. Trans Union et al.*, ND Cal. case no. 4:07-cv-04980 CW
   *Pasternak v. Trans Union et al.*, ND Cal. case no. 3:08-cv-02972 MHP

3. In both actions, Emelia M. Pasternak is the plaintiff and the defendants are Capital One Bank, Trans Union, Equifax and Experian.

4. The claims in both cases involve the theft of plaintiff's identity by an imposter who opened accounts in her name at Capital One Bank, Capital One Bank's continued efforts to collect the fraudulent account from Ms Pasternak even after it knew that the account had been opened fraudulently and its subsequent lawsuit against her, and the violations of the Fair Credit Reporting Act by all defendants.

5. In the first action, case 4:07-cv-04980 CW, Ms Pasterrnak alleged the violations she was aware of in late 2007. When defendants produced discovery materials in 2008, plaintiff discovered additional violations of the FCRA that had occurred before the filing of the first complaint but of which she was not aware. Additionally, she discovered several new violations that occurred after the filing of the original complaint.

6. My co-counsel, Mr Sola, and I prepared a proposed Second Amended and Supplemental Complaint and submitted it to all counsel for defendants with our request that their clients stipulate to permitting plaintiff to file that pleading. All of the

defendants' counsel refused to stipulate to the filing of the Second Amended and Supplemental Complaint.

7. To avoid burdening the Court and counsel with a motion for leave to file the proposed Second Amended and Supplemental Complaint and all the accompanying motion papers, we filed a new action on behalf of Ms Pasternak that sets out the claims that were unknown to her at the time the first action was filed together with the claims that arose after the filing of the first action. That new case is *Pasternak v. Trans Union*, case no. 3:08-cv-02972 MHP.

8. I have asked counsel for each of the defendants to accept service of the new complaint on behalf of their clients and to stipulate that these actions are related. All defendants agreed to have their counsel in this case accept service of process for the new case, but only Capital One Bank has agreed the cases are related. The other defendants have not responded.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of July, 2008 at San Francisco, California.

/s/
Andrew J. Ogilvie

*Pasternak v. Trans Union*, et al., ND Cal. case no. 3:07-cv-04980 CW
Dec. of Andrew J. Ogilvie in Support of Plaintiff's Motion for Administrative Relief re Related Cases           3

1  Andrew J. Ogilvie (SBN 57932)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
3  San Francisco, CA 94108
   Ph: (415) 861-2265
4  Fax: (415) 861-3151
5  ajogil@kaboblaw.com

6  Robert S. Sola          *Pro hac vice*
   Robert S. Sola, P.C.
7  8835 S.W. Canyon Lane, Suite 130
8  Portland, Oregon 97225
   Ph: (503) 295-6880
9  Fax: (503) 291-9172
   rssola@msn.com
10
11 Attorneys for Plaintiff Emelia M. Pasternak

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 | EMELIA M. PASTERNAK, | ) | Case No. 4:07-cv-04980 CW |
|---|---|---|
16 | Plaintiff, | ) | |
17 | v. | ) | [PROPOSED] ORDER DEEMING CASES RELATED |
18 | | ) | |
19 | TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association, | ) | |
20 | | ) | |
21 | | ) | |
22 | | ) | |
23 | Defendants. | ) | |

24
25      The Court having considered plaintiff's administrative motion to have these cases
26 deemed Related and the responses submitted by the defendants herein, it is hereby
27 ORDERED that the following cases are Related:
28 *Pasternak v. Trans Union, et al.*, ND Cal. case no. 3:07-cv-04980 CW
   [Proposed] Order re Related Cases                                                    1

1 | *Pasternak v. Trans Union et al.*, N.D. Cal. case 4:07-cv-04980 CW
2 | *Pasternak v. Trans Union et al.*, ND Cal. case no. 3:08-cv-02972 MHP

3 | Dated: July _____, 2008

4

5 | _____
6 | Claudia Wilken
  | Judge, United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | *Pasternak v. Trans Union, et al.*, ND Cal. case no. 3:07-cv-04980 CW
   | [Proposed] Order re Related Cases                                    2