Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Robert S. Sola     *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, et al, <br><br> Defendants. | Case No. 4:07-cv-04980-CW (BZ) <br><br> JOINT REQUEST AND PROPOSED ORDER EXTENDING DATES FOR COMPLETING DISCOVERY AND FILING CASE DISPOSITIVE MOTIONS |

    The parties through their respective counsel have had extensive discussions concerning the completion of the depositions of the parties. Currently the date set for completion of fact discovery is September 5, 2008. Case Management Order, Dkt. #62. The Court has scheduled October 9, 2008 as the last day for hearing case dispositive motions and for the next case management conference. Id.

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request and Proposed Order    1

1  Due to the unavailability of witnesses and counsel at various times during the
2  next six weeks, counsel have been unable to schedule depositions of the parties in a
3  way that will permit the parties to complete the discovery they need within that
4  timeframe and accommodate the legitimate needs of all parties.
5  The parties and their respective counsel agree that a two week extension of the
6  deadlines for the completion of the depositions of all the parties and for the filing of
7  case dispositive motions would enable them to resolve these scheduling problems
8  without necessitating the Court's involvement. The parties jointly request that the
9  Court enter an order extending the deadline for the completion of depositions of the
10 parties to September 19, 2008, and that it also extend the deadline for hearing case
11 dispositive motions and the date of the next case management conference to October
12 23, 2008.
13 July 24, 2008.

KEMNITZER, ANDERSON, BARRON OGILVIE & BREWER LLP
ROBERT S. SOLA, P.C.

By _____/s/_____
        Andrew J. Ogilvie
        Attorneys for Plaintiff
        Emelia M. Pasternak


REED SMITH

By _____/s/_____
        Veronica Kuiumdjian
        Attorneys for Defendant
        Capital One Bank


JONES DAY

By _____/s/_____
        Lucinda Andrew
        Attorneys for Defendant
        Experian Information Solutions, Inc.

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request and Proposed Order                                                    2

KING & SPALDING

By    /s/
        Cara Hergenroether
        Attorneys for Defendant
        Equifax Information Services LLC

MUSICK, PEELER & GARRETT LLP

By    /s/
        Donald E. Bradley
        Attorneys for Defendant
        Trans Union LLC

[Proposed] **ORDER**

Pursuant to the stipulation of the parties by their respective counsel, the Court hereby ORDERS that the discovery deadline for the completion of the depositions of the parties is extended to September 19, 2008 and the last day for hearing case dispositive motions is extended to 2 pm on October 23, 2008. The next case management conference shall be 2 pm on October 23, 2008.

Dated: July __, 2008

                Claudia Wilken
            United States District Judge