Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Robert S. Sola     *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK,<br><br>        Plaintiff,<br><br>        v.<br><br>TRANS UNION, LLC, et al,<br><br>        Defendants. | Case No. 4:07-cv-04980-CW (BZ)<br><br>JOINT *REVISED* REQUEST AND PROPOSED ORDER EXTENDING DATES FOR COMPLETING DISCOVERY AND FILING CASE DISPOSITIVE MOTIONS |

The parties through their respective counsel have had extensive discussions concerning the completion of the depositions of the parties. Currently the date set for completion of fact discovery is September 5, 2008. Case Management Order, Dkt. #62. The Court has scheduled October 9, 2008 as the last day for hearing case dispositive motions and for the next case management conference. Id.

1     Due to the unavailability of witnesses and counsel at various times during the
2 next six weeks, counsel have been unable to schedule depositions of the parties in a
3 way that will permit the parties to complete the discovery they need within that
4 timeframe and accommodate the legitimate needs of all parties.

5     The parties and their respective counsel agree that a two week extension of the
6 deadlines for the completion of the depositions of all the parties and for the filing of
7 case dispositive motions would enable them to resolve these scheduling problems
8 without necessitating the Court's involvement. The parties jointly request that the
9 Court enter an order extending the deadline for the completion of depositions of the
10 parties to September 19, 2008, and that it also extend the deadline for hearing case
11 dispositive motions and the date of the next case management conference to November
12 13, 2008.

13 August 5, 2008.

14 KEMNITZER, ANDERSON, BARRON OGILVIE & BREWER LLP
15 ROBERT S. SOLA, P.C.

16 By    /s/
      Andrew J. Ogilvie
17       Attorneys for Plaintiff
      Emelia M. Pasternak
18

19 REED SMITH
20

21 By    /s/
      Veronica Kuiumdjian
22       Attorneys for Defendant
      Capital One Bank
23

24 JONES DAY

25 By    /s/
26       Lucinda Andrew
      Attorneys for Defendant
27       Experian Information Solutions, Inc.

28 *Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint *Revised* Request and Proposed Order     2

KING & SPALDING

By _____/s/_____
    Cara Hergenroether
    Attorneys for Defendant
    Equifax Information Services LLC

MUSICK, PEELER & GARRETT LLP

By _____/s/_____
    Donald E. Bradley
    Attorneys for Defendant
    Trans Union LLC

[Proposed] **ORDER**

Pursuant to the stipulation of the parties by their respective counsel, the Court hereby ORDERS that the discovery deadline for the completion of the depositions of the parties is extended to September 19, 2008 and the last day for hearing case dispositive motions is extended to 2 pm on November 13, 2008. The next case management conference shall be 2 pm on November 13, 2008.

Dated: August 13, 2008

_____
Claudia Wilken
United States District Judge

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint *Revised* Request and Proposed Order     3