Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Robert S. Sola    *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC, et al,<br><br>  Defendants. | Case No. 4:07-cv-04980-CW (BZ)<br><br>JOINT REQUEST AND PROPOSED ORDER EXTENDING DATES FOR COMPLETING DISCOVERY AND FILING CASE DISPOSITIVE MOTIONS AND SETTING NEW DATES FOR TRIAL AND PRE-TRIAL |

The parties through their respective counsel have had extensive discussions concerning the completion of the depositions of the parties. Currently the date set for completion of fact discovery is September 5, 2008. Case Management Order, Dkt.

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery & Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-Trial

1

1  #62. Currently, October 9, 2008 is the last day for hearing case dispositive motions
2  and for the next case management conference. *Id*.
3      The parties request the Court to extend the deadline for the completion of
4  depositions of the parties to September 19, 2008. The parties also request the Court to
5  extend date for hearing case dispositive motions and the next case management
6  conference to November 13, 2008.
7      The parties understand that these schedule changes will necessitate a change in
8  the dates for the Pre-Trial Conference and for Trial. Having conferred with the clerk
9  regarding available dates, the parties ask the Court to change the date for Trial to
10 Monday, March 9, 2009, and the Pre-Trial Conference to February 17, 2009.
11 August 7, 2008.
12     Respectfully submitted,

14 KEMNITZER, ANDERSON, BARRON OGILVIE & BREWER LLP
15 ROBERT S. SOLA, P.C.

17 By _____/s/_____
    Andrew J. Ogilvie
    Attorneys for Plaintiff
    Emelia M. Pasternak

20 REED SMITH

22 By _____/s/_____
    Veronica Kuiumdjian
    Attorneys for Defendant
    Capital One Bank

27 *Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery
& Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
28 Trial

2

JONES DAY

By _____/s/_____
Lucinda Andrew
Attorneys for Defendant
Experian Information Solutions, Inc.

KING & SPALDING

By _____/s/_____
Cara Hergenroether
Attorneys for Defendant
Equifax Information Services LLC

MUSICK, PEELER & GARRETT LLP

By _____/s/_____
Donald E. Bradley
Attorneys for Defendant
Trans Union LLC

[Proposed] **ORDER**

The Court ORDERS that the discovery deadline for the completion of the depositions of the parties is extended to September 19, 2008. The dates for hearing case dispositive motions and the next Case Management Conference are changed to November 13, 2008. The hearing time is 2 pm.

The date for the Pre-Trial Conference is changed to Tuesday, February 17, 2009 at 2 pm. Trial shall commence on Monday, March 9, 2009 at 8:30 am.

Dated: August ___, 2008

_____
Claudia Wilken
United States District Judge

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery
& Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-Trial

3