Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Robert S. Sola          *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMELIA M PASTERNAK,

        Plaintiff,

        v.

TRANS UNION, LLC, et al,

        Defendants.

        )
        )
        )
        )
        )
        )
        )
        )
        )
        )

Case No. 4:07-cv-04980-CW (BZ)
        4:08-cv-02972-CW

JOINT REQUEST AND ORDER
EXTENDING DATES FOR
COMPLETING DISCOVERY AND
FILING CASE DISPOSITIVE
MOTIONS AND SETTING NEW
DATES FOR TRIAL AND PRE-
TRIAL **AS MODIFIED**

        The parties through their respective counsel have had extensive discussions concerning the completion of the depositions of the parties. Currently the date set for

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery
& Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
Trial

1

1   completion of fact discovery is September 5, 2008. Case Management Order, Dkt.

2   #62. Currently, October 9, 2008 is the last day for hearing case dispositive motions

3   and for the next case management conference. *Id*.

4        The parties request the Court to extend the deadline for the completion of

5   depositions of the parties to September 19, 2008. The parties also request the Court to

6   extend date for hearing case dispositive motions and the next case management

7   conference to November 13, 2008.

8        The parties understand that these schedule changes will necessitate a change in

9   the dates for the Pre-Trial Conference and for Trial. Having conferred with the clerk

10  regarding available dates, the parties ask the Court to change the date for Trial to

11  Monday, March 9, 2009, and the Pre-Trial Conference to February 17, 2009.

12  August 7, 2008.

13       Respectfully submitted,

14

15  KEMNITZER, ANDERSON, BARRON OGILVIE & BREWER LLP
16  ROBERT S. SOLA, P.C.

17
    By _____/s/_____
18                  Andrew J. Ogilvie
19                  Attorneys for Plaintiff
                    Emelia M. Pasternak
20

21  REED SMITH

22
    By _____/s/_____
23                  Veronica Kuiumdjian
24                  Attorneys for Defendant
                    Capital One Bank
25

26

27  *Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
    Joint Request & Proposed Order Extending Dates for Completing Discovery
    & Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
28  Trial

2

JONES DAY

By _____ /s/ _____
                Lucinda Andrew
                Attorneys for Defendant
                Experian Information Solutions, Inc.

KING & SPALDING

By _____ /s/ _____
                Cara Hergenroether
                Attorneys for Defendant
                Equifax Information Services LLC

MUSICK, PEELER & GARRETT LLP

By _____ /s/ _____
                Donald E. Bradley
                Attorneys for Defendant
                Trans Union LLC

**ORDER**

The Court ORDERS that the discovery deadline for the completion of the depositions of the parties is extended to September 19, 2008.  The dates for hearing case dispositive motions and the next Case Management Conference are changed to November 13, 2008. The hearing time is 2 pm.

The date for the Pre-Trial Conference is changed to Tuesday, February 17, 2009 at 2 pm. Trial shall commence on Monday, March 9, 2009 at 8:30 am.  **These dates also apply to related case C-08-2972 CW.**

Dated: August 22, 2008

_____

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery
& Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
Trial

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Claudia Wilken
United States District Judge

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Joint Request & Proposed Order Extending Dates for Completing Discovery
& Filing Case Dispositive Motions & Setting New Dates for Trial & Pre-
Trial