1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10 EMILIA M. PASTERNAK,       )
                              )

11         Plaintiff(s),    )     No. C07-4980 CW (BZ)
                              )

12     v.                 )
                              )     **THIRD DISCOVERY ORDER**

13 TRANS UNION LLC, et al.,   )
                              )

14         Defendant(s).    )
                              )

15 _____)

16     Following a telephone conference at which the parties

17 were represented by counsel, **IT IS HEREBY ORDERED** as follows:

18     1.  The parties shall attempt to resolve their disputes

19 in accordance with the views expressed by the court.

20     2.  In the event the parties are unable to resolve their

21 disputes, defendants are given leave to file a motion to

22 compel by **Wednesday, October 1, 2008.**

23     2.  Plaintiff's opposition shall be filed by **Friday**

24 **October 10, 2008.**

25     3.  Defendants shall file a reply by no later than

26 **Friday, October 17, 2008.**

27     A hearing is scheduled for **Wednesday, October 29, 2008 at**

28 **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450

1   Golden Gate Avenue, San Francisco, California 94102.

2   Dated: September 18, 2008

3

4                           Bernard Zimmerman

5               United States Magistrate Judge

6

7   G:\BZALL\-REFS\PASTERNAK V. TRANS UNION\DISC3ORD.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28