**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>        Plaintiff,<br><br>   vs.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association,<br><br>        Defendants. | Case No. 3:07-cv-04980-MJJ<br><br>**JOINT REQUEST EXTENDING DATE FOR COMPLETING LIMITED DISCOVERY; ORDER** |

The parties through their respective counsel have had extensive discussions concerning the completion of deposition of defendant Trans Union LLC. Currently the date set for completion of fact discovery is September 19, 2008, pursuant to the Joint Request and Order, Dkt. #87.

The parties request that the Court extend the deadline for the completion of deposition of Trans Union LLC to October 31, 2008.

Subject to the above stipulation concerning completion of non-expert discovery, there is no further non-expert discovery to be completed.

605973.2

1  Respectfully submitted,

2  MUSICK, PEELER & GARRETT LLP

3

4  By: _____/s/_____
   Donald E. Bradley
5  Attorneys for Defendant TRANS UNION
   LLC
6

7  KEMNITZER, ANDERSON, BARRON
   OGILVIE & BREWER LLP
8

9  By: _____/s/_____
   Andrew J. Ogilvie
10 Attorneys for Plaintiff EMELIA M.
   PASTERNAK
11

12 REED SMITH

13

14 By: _____/s/_____
   Terry B. Bates
15 Attorneys for Defendant CAPITAL ONE
   BANK
16

17 JONES DAY

18

19 By: _____/s/_____
   Lucinda Andrew
20 Attorneys for Defendant EXPERIAN
   INFORMATION SOLUTIONS, INC.
21

22
   KING & SPALDING
23

24
   By: _____/s/_____
25 Cara Hergenroether
   Attorneys for Defendant EQUIFAX
26 INFORMATION SERVICES LLC

27

28

605973.2                          2
         JOINT REQUEST AND ORDER EXTENDING DATE FOR
         COMPLETING LIMITED DISCOVERY; [PROPOSED] ORDER

## ORDER

Pursuant to the foregoing stipulation and good cause appearing therefore, the Court ORDERS that the deadline for the completion of the deposition of Trans Union LLC is extended to October 31, 2008.

Dated: September 23, 2008

By: *Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE