Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Robert S. Sola *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al,<br><br>Defendants. | Case No. 4:07-cv-04980-CW (BZ)<br><br>ORDER DISMISSING WITH PREJUDICE THE THIRD CLAIM AGAINST CAPITAL ONE BANK (USA) N.A. FOR ALLEGED VIOLATIONS OF 15 USC 1681s-2(b) |

Plaintiff Emelia M. Pasternak and Defendant Capital One Bank (USA) N.A., having jointly submitted a stipulation to dismiss the Third Claim in Plaintiff's operative pleading in this matter and for good cause demonstrated,

1. The Third Claim for relief in the First Amended Complaint, entitled ‘Third Claim: Capital One’s Violations of 15 USC § 1681s-2(b),” is dismissed with prejudice, each party to bear its own costs with respect to this claim.

IT IS SO ORDERED.

DATED: 10/6/08

Claudia Wilken
United States District Judge

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Order dismissing Third Claim
2