Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Robert S. Sola          *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK, | Case no. 4:07-cv-04980 CW (BZ) |
| | Case no. 4:08-cv-02972 CW |
| Plaintiff, | |
| | ORDER GRANTING JOINT REQUEST |
| v. | FOR ORDER EXTENDING DATES FOR |
| | FILING OPPOSITION AND REPLY |
| TRANS UNION, LLC, et al, | BRIEFS FOR PENDING SUMMARY |
| | JUDGMENT MOTIONS AND CHANGING |
| Defendants. | DATE FOR SUMMARY JUDGMENT |
| | HEARING AND CASE MANAGEMENT |
| | CONFERENCE |

The parties have filed cross-motions for summary judgment or summary adjudication of issues. The opening briefs cite numerous cases. The evidence in this

case is extensive. The parties have conferred and agree that they need more than two weeks to prepare and file their opposition briefs and they will probably need more than one week to prepare reply briefs. Additionally, the parties are scheduled to have a settlement conference with Judge James on November 14, 2008, which is after the current date for the hearing on the summary judgment motions. Changing these dates will put the settlement conference before the Court would have to decide the summary judgment motions.

In light of all these circumstances, the parties jointly request the Court to change the dates for the filing of opposition briefs, replies and the date for the hearing and Case Management Conference. Currently opposition briefs are due Thursday, October 23; reply briefs are due Thursday, October 30, 2008; and the date for the hearing and Case Management Conference is Thursday, November 13, 2008 at 2 pm.

The parties ask the Court to change those dates as follows:

| | |
|---|---|
| Opposition briefs: | November 6, 2008. |
| Reply briefs: | November 20, 2008 |
| Hearing and Case Management Conference: | December 4, 2008. |

Currently the dates for the Pre-Trial Conference and trial are February 17, 2009, and March 9, 2009, respectively. This extension will not change those dates.

October 14, 2008.

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
ROBERT S. SOLA, P.C.


By _____/s/_____
         Andrew J. Ogilvie
         Attorneys for Plaintiff, Emelia M. Pasternak

*Pasternak v. Trans Union, LLC*, ND Cal., case nos. 4:07-cv-04980 CW (BZ) and 4:08-cv-02972 CW
Joint Request for Order Changing Dates for Filing Opposition and Reply Briefs for Pending Summary Judgment Motions and Changing Date for Summary Judgment Hearing and Case Management Conference & [Proposed] Order        2

REED SMITH

By _____/s/_____
      Terry Bates
      Attorneys for Defendant, Capital One Bank

JONES DAY

By _____/s/_____
      Laura Schiesl
      Attorneys for Defendant, Experian Information Solutions, Inc.

KING & SPALDING

By _____/s/_____
      Cara Hergenroether
      Attorneys for Defendant, Equifax Information Services LLC

MUSICK, PEELER & GARRETT LLP

By _____/s/_____
      Donald E. Bradley
      Attorneys for Defendant
      Trans Union LLC

**ORDER**

The parties having stipulated and good cause having been shown, the Court ORDERS that the date for filing oppositions to the summary judgment motions shall be changed to November 6, 2008; the date for filing replies shall be changed to November 20, 2008; the hearing on the motions for summary judgment and the next Case Management Conference shall be changed to December 4, 2008 at 2 p.m.

The date for the Pre-Trial Conference remains Tuesday, February 17, 2009 at 2 pm. Trial shall commence on Monday, March 9, 2009 at 8:30 am.

Dated: October 16, 2008

_____
Claudia Wilken
United States District Judge

*Pasternak v. Trans Union, LLC*, ND Cal., case nos. 4:07-cv-04980 CW (BZ) and 4:08-cv-02972 CW
Joint Request for Order Changing Dates for Filing Opposition and Reply Briefs for Pending Summary Judgment Motions and Changing Date for Summary Judgment Hearing and Case Management Conference & [Proposed] Order          4