| | |
|---|---|
| 1 | Laura Schiesl (SBN 232871) |
| | JONES DAY |
| 2 | 3 Park Plaza, Suite 1100 |
| | Irvine, CA  92614 |
| 3 | Telephone:  (949) 553-7560 |
| | Facsimile:   (949) 553-7539 |
| 4 | lschiesl@jonesday.com |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK | Case No. C-07-4980MJJ |
| Plaintiff, | STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS' TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO COMPEL; [PROPOSED] ORDER |
| v. | |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK, a national association | |
| Defendant. | |

WHEREAS: Defendants' current deadline to Reply to Plaintiff's Opposition to Defendants' Joint Motion to Compel is October 17, 2008;

WHEREAS: Counsel for Experian Information Solutions, Inc., recently substituted as counsel of record for this case;

WHEREAS: The Parties are engaged in ongoing discussions focused on resolving the medical record discovery issue by stipulation, and plan to resolve this matter as expeditiously as possible;

**NOW, THEREFORE, IT IS STIPULATED:**

1. That the date for Defendants' to file and serve their Reply to Plaintiff's Opposition to Defendants' Joint Motion to Compel is Wednesday, October 22, 2008.

LAI-2978503v1                                                            STIPULATION RE: EXTENSION

1  2. That the Hearing date on the Motion to Compel remains the same, October 29,
2  2008.

3  October 17, 2008.   KEMNITZER, ANDERSON, BARRON OGILVIE &
                       BREWER LLP
4                      ROBERT S. SOLA, P.C.

5                      By    /s/
                          Andrew J. Ogilvie
6                         Attorneys for Plaintiff
                          Emelia M. Pasternak
7

8                      REED SMITH, LLP

9
                       By    /s/
10                        Terry B. Bates
                          Attorneys for Defendant
11                        Capital One Bank (USA), N.A.

12
                       JONES DAY
13

14                     By    /s/
                          Laura Schiesl
15                        Attorneys for Defendant
                          Experian Information Solutions, Inc.
16

17                     KING & SPALDING

18                     By    /s/
                          Cara Hergenroether
19                        Attorneys for Defendant
                          Equifax Information Services LLC
20

21

22

23

24

25

26

27

28

**[Proposed] ORDER**

The parties having stipulated and good cause having been shown, the Court ORDERS that the date for Defendants' to file and serve their Reply to Plaintiff's Opposition to the Motion to Compel is Wednesday, October 22, 2008. The Hearing on Defendants' Joint Motion to Compel remains unchanged, October 29, 2008. All other trial dates remain the same.

Dated: October 17, 2008

_____
Bernard Zimmerman
United States District Judge