UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>      Plaintiff(s),<br><br>   v.<br><br>TRANS UNION LLC, et al.,<br><br>      Defendant(s). | No. C07-4980 CW (BZ)<br><br>**ORDER TO SHOW CAUSE** |

A hearing was held on October 29, 2008 at 10:00 a.m. Counsel for plaintiff failed to appear. Counsel for defendant Capital One Bank did appear. Counsel for plaintiff is **ORDERED** to show cause in writing by **November 10, 2008** as to why he should not be held in contempt of court or otherwise sanctioned for failure to appear at the hearing.

**IT IS FURTHER ORDERED** that a hearing on the defendants' Motion to Compel and on this Order to Show Cause is scheduled for **Wednesday, November 26, 2008 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

Dated: October 29, 2008

                                        Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-REFS\PASTERNAK V. TRANS UNION\ORDERTOSHOWCAUSE.wpd