UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMELIA M. PASTERNAK, | ) | |
| Plaintiff(s), | ) | No. C07-4980 CW (BZ) |
| v. | ) | |
| TRANS UNION LLC, et al., | ) | **ORDER GRANTING MOTION TO COMPEL** |
| Defendant(s). | ) | |

Before the court is the joint motion of defendants Trans Union, Experian, Equifax and Capital One to compel the production of plaintiff's medical and psychiatric records pertaining to her claims for emotional distress. The parties having been unable to stipulate to the production of these records along the lines suggested by the Court, and plaintiff having thereafter withdrawn her opposition to the motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The hearing scheduled for November 26, 2008 is **VACATED.**

Dated: November 25, 2008

                                                  Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-REFS\PASTERNAK V. TRANS UNION\ORDER GRANTING MOT TO COMPEL.wpd

1