UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>      Plaintiff(s),<br><br>  v.<br><br>TRANS UNION LLC, et al.,<br><br>      Defendant(s). | No. C07-4980 CW (BZ)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court having reviewed plaintiff's response, the Order To Show Cause, presently scheduled to be heard November 26, 2008, is **DISCHARGED**.

Dated: November 25, 2008

                              /s/ Bernard Zimmerman
                              Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\PASTERNAK V. TRANS UNION\ORDER DISCHARGING OSC.wpd

1