IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANS UNION LLC, et al.,<br><br>    Defendants.<br>_____ | No. 07-04980 CW |
| EMELIA M. PASTERNAK,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANS UNION LLC, et al.,<br><br>    Defendants.<br>_____/ | No. 08-02972 CW<br><br>ORDER FOR CONSOLIDATION |

IT IS HEREBY ORDERED that the above-captioned cases are consolidated for all further proceedings. All further documents shall be filed in C-07-04980 CW.

There appears to be no further reason at this time to maintain C-08-02972 CW as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Dated: 12/10/08

_____
CLAUDIA WILKEN
United States District Judge