IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M. PASTERNAK, | No. C 07-04980 CW |
|     Plaintiff, | ORDER ON FILING OPPOSITIONS TO MOTIONS IN LIMINE |
|   v. | |
| TRANS UNION LLC, et al., | |
|     Defendants. | |

Motions in limine in this case should have been filed by February 13, 2009, according to the Court's standing order. Plaintiff complied with this order; however, Defendant Experian did not file its motions until February 17. The order states that any opposition must be filed no later than five days after the motion. This timeline will not give the Court enough time adequately to review Plaintiff's opposition. Therefore, Plaintiff must file her opposition by Monday, February 23, at noon. Defendant must file its opposition by Friday, February 20.

    IT IS SO ORDERED.

Dated: 2/19/09

*[signature]*
CLAUDIA WILKEN
United States District Judge