Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Robert S. Sola           *Pro hac vice*
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Ph: (503) 295-6880
Fax: (503) 291-9172
rssola@msn.com

Attorneys for Plaintiff Emelia M. Pasternak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA M PASTERNAK,  ) | Case No. 4:07-cv-04980-CW (BZ) |
| ) | |
| Plaintiff,  ) | STIPULATION AND [PROPOSED] |
| ) | ORDER DISMISSING PLAINTIFF'S |
| v.  ) | CLAIMS AGAINST TRANS UNION |
| ) | LLC, EQUIFAX INFORMATION |
| TRANS UNION, LLC, et al,  ) | SERVICES LLC, EXPERIAN |
| ) | INFORMATION SOLUTIONS, INC. |
| Defendants.  ) | AND CAPITAL ONE BANK, N.A. |
| ) | WITH PREJUDICE. |
| _____  ) | |

    Plaintiff Emelia M. Pasternak has settled her claims against defendants Trans Union LLC, Equifax Information Services LLC, Experian Information Solutions, Inc. and Capital One Bank, N.A. The settlement agreements having been signed and the

---

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Stipulation and Order Dismissing All Remaining Claims Against All Remaining Defendants    1

parties having paid the settlement amounts, the above-named parties jointly request the

Court to dismiss this action with prejudice, each party to bear its own costs.

May 14, 2009


      /s/
Andrew J. Ogilvie
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, California 94108
    Tel: 415/861-2265
    Fax: 415/861-3151
Attorneys for Emelia Pasternak


      /s/
Cara Hergenroether
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
    Tel. (404) 572-4600
    Fax: (404) 572-5100
Attorneys for Equifax


      /s/
Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
    Tel: (714) 668-2447
    Fax: (714) 668-2490
Attorneys for Trans Union

/s/
Angela Taylor
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California  92614
    Telephone: (949) 851-3939
    Fax: (949) 553-7539
Attorneys for Experian

/s/
Terry Bates
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
    Tel: (213) 457-8000
    Fax: (213) 457-8080
Attorneys for Capital One Bank

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/
Andrew J. Ogilvie

    IT IS SO ORDERED.

DATED: __5/21/09_____

_____
Claudia Wilken
United States District Judge

*Pasternak v. Trans Union, LLC*, ND Cal., case no. 4:07-cv-04980 CW (BZ)
Stipulation and Order Dismissing All Remaining Claims Against All Remaining Defendants   3